### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| VPR OPERATING, LLC, | § | Case No. 13-10599 |
| | § | |
| DEBTOR | § | |
| | § | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE of the appearance of Carl Doré, Jr., Doré Law Group, P.C., counsel for  Gray Wireline Service, Inc. and Patterson Services, Inc., d/b/a Patterson Rental Tools, Creditors in the above-captioned and numbered case, who request notice of all matters "noticed" and copies of all pleadings in these proceedings pursuant to the provisions of Rules 2002, 3017(a) and 9010(b) of the Rules of Bankruptcy Procedure.

Notices should be e-mailed to:

Carl Doré, Jr.
Doré Law Group, P.C.
Email: carl@dorelawgroup.net

Respectfully submitted,

DORÉ LAW GROUP, P.C.

By:     */s/ Carl Doré, Jr.*
Carl Doré, Jr.
State Bar No. 06000600
Lori V. Graham
State Bar No. 24051472
17171 Park Row, Suite 160
Houston, Texas 77084
(281) 829-1555
(281) 200-0751 Fax
Email: carl@dorelawgroup.net
Email: lgraham@dorelawgroup.net
*Attorneys for Gray Wireline Service, Inc. and Patterson Services, Inc., d/b/a Patterson Rental Tools*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2013, a true and correct copy of the foregoing *Notice of Appearance* has been served via email through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service, including Counsel for Debtor and the United States Trustee.


By:     */s/ Carl Doré. Jr.* _____
        Carl Doré, Jr.