IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-10599 |
| | § | Chapter 11 |
| | § | |
| **VPR OPERATING, LLC,** *et al.*, | § | |
| | § | |
| **Debtor.** | § | |

## MOTION TO APPEAR BY TELEPHONE

Robert J. Taylor ("Applicant") files this *Motion to Appear by Telephone*, and would respectfully show the Court as follows:

1. Applicant is counsel for Pinpoint Drilling & Directional Services LLC ("Pinpoint"), a creditor in the above-styled bankruptcy proceeding.

2. Applicant is located in Dallas, Texas, and by this motion is requesting the Court permit Applicant to appear by telephone at the time of the hearing currently scheduled for April 4, 2013 at 1:30 p.m. regarding the Debtors' "first day" pleadings.

3. Applicant is only appearing on behalf of Pinpoint.

4. At the time of the hearing, Applicant can be reached by telephone at (214) 777-0046. Further, as is indicated in the *Notice of Emergency Hearing Regarding Consideration of Certain "First Day" Matters* [Docket No. 14], Applicant will contact counsel for the Debtors regarding the instructions for obtaining the requisite dial-in telephone number in order that he may call in to the Court at the time of the hearing, upon Court approval of the instant Motion.

WHEREFORE, Applicant requests the Court grant this Motion to Appear by Telephone and such other and further relief to which Applicant has shown himself entitled.

DATED: April 2, 2013        Respectfully submitted,

KANE RUSSELL COLEMAN & LOGAN PC

By: /s/ Robert J. Taylor
    Robert J. Taylor
    State Bar No. 19721200

3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
(214) 777-4200 – Telephone
(214) 777-4299 – Telecopier
E-Mail: rtaylor@krcl.com; ecf@krcl.com

**COUNSEL FOR PINPOINT DRILLING & DIRECTIONAL SERVICES LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on April 2, 2013 a true and correct copy of the foregoing *Motion to Appear by Telephone* has been served on all parties receiving ECF Notification at the date and time filed.

          /s/ Robert J. Taylor
          Robert J. Taylor