**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| VPR OPERATING, LLC, *et al.;* | § | CASE NO. 13-10599 |
| | § | |
| DEBTORS. | § | Joint Administration Pending |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE of the appearance of William R. Sudela, J. Daniel Long, Elizabeth A. Harris and Shelley Bush Marmon counsel for Professional Directional Enterprises, Inc., creditor in the above-captioned and numbered case, who request notice of all matters "noticed" and copies of all pleadings in these proceedings pursuant to the provisions of Rules 2002, 2017(a) and 9010(b) of the Rules of Bankruptcy Procedure.

Notices should be e-mailed to:

  William R. Sudela
  Email: wsudela@cjmlaw.com
  J. Daniel Long
  Email: dlong@cjmlaw.com
  Elizabeth A. Harris
  Email: eharris@cjmlaw.com
  Shelley Bush Marmon
  Email: samarmon@cjmlaw.com
  CRADY, JEWETT & McCULLEY, LLP

  Respectfully submitted,

  CRADY, JEWETT & McCULLEY, LLP

  By: */s/ William R. Sudela*
    William R. Sudela
    State Bar No. 19463300
    Email: wsudela@cjmlaw.com
    J. Daniel Long
    State Bar No. 24036985
    Email: dlong@cjmlaw.com
    Elizabeth A. Harris
    State Bar No. 24074367
    Email: eharris@cjmlaw.com

        Shelley Bush Marmon
State Bar No. 03497050
Email: samarmon@cjmlaw.com
2727 Allen Parkway, Suite 1700
Houston, Texas 77019-2125
Telephone: (713) 739-7007
Facsimile: (713) 739-8403

***Attorneys for Professional Directional Enterprises, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2013, a true and correct copy of the foregoing *Notice of Appearance* has been served via email through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service, including Counsel for Debtor and the United States Trustee.

        */s/ William R. Sudela*
        William R. Sudela