# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| VPR OPERATING LLC *et al.*, | § § | Case No. 13-10599 |
| Debtors. | § § | Joint Administration Pending |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE THAT the undersigned hereby enters their appearance as counsel for the Oil States Energy Services ("Oil States"), interested party in the above referenced case, pursuant to section 1109(b) of the United States Bankruptcy Code and Bankruptcy Rule 9010(b), and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f) and 3017(a). All such notices should be addressed as follows:

> Jason M. Rudd
> Charles M. Rubio
> DIAMOND MCCARTHY LLP
> 909 Fannin, 15th Floor
> Houston, Texas 77010
> (713) 333-5127 (telephone)
> (713) 333-5195 (facsimile)
> jrudd@diamondmccarthy.com
> crubio@diamondmccarthy.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

1

PLEASE TAKE FURTHER NOTICE that Oil States does not intend that this Notice of Appearance, or any later appearance or pleading, be deemed or construed to be a waiver of its right: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) to any other rights, claims, actions, setoffs or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Oil States expressly reserves.

Respectfully submitted April 3, 2013.

>DIAMOND McCARTHY LLP
>
>By: /s/ *Jason M. Rudd*
>Jason M. Rudd
>jrudd@diamondmccarthy.com
>TBA No. 24028786
>Charles M. Rubio
>crubio@diamondmccarthy.com
>TBA No. 24083768
>909 Fannin, Suite 1500
>Houston, Texas 77010
>Telephone: (713) 333-5100
>Facsimile: (713) 333-5195
>
>*COUNSEL FOR OIL STATES*
>*ENERGY SERVICES*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2013 a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Notices and Pleadings* has been served on all parties receiving ECF Notification at the date and time filed.

>/s/ *Jason M. Rudd*
>Jason M. Rudd