IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VPR OPERATING, LLC, *et al.* | § | CASE NO. 13-10599-tmd |
| | § | |
| | § | |
| DEBTORS | § | CHAPTER 11 |
| | § | Joint Administration Pending |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Davis, Gerald, Cremer, P.C., as counsel to ProPetro Services, Inc., hereby enters its appearance in the above-captioned case and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be served upon the undersigned at the office, postal address, telephone number, telecopy number and email addresses listed as follows:

**DAVIS, GERALD & CREMER**
**A Professional Corporation**
400 W. Illinois, Ste. 1400 (79701)
P.O. Box 2796
Midland, Texas 79702
Attn: David H. Smith and
Jacob M. Davidson
432-687-0011
Fax: 432-687-1735
dhs@dgclaw.com
jmd@dgclaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

Dated: April 4, 2013

        Respectfully submitted,

        **DAVIS, GERALD & CREMER**
        **A Professional Corporation**
        400 W. Illinois, Ste. 1400 (79701)
        P.O. Box 2796
        Midland, Texas 79702
        432-687-0011
        Fax: 432-687-1735

        By:\s\ Jacob M. Davidson
            David H. Smith
            State Bar No. 00794652
            dhs@dgclaw.com

            Jacob M. Davidson
            State Bar No. 24059651
            jmd@dgclaw.com

        **ATTORNEYS FOR PROPETRO SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th of April, 2013, a true and correct copy of the foregoing instrument has been served on all parties regarding services via the Court's ECF notification system.

\s\ Jacob M. Davidson
Jacob M. Davidson