IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VPR OPERATING, LLC | § | Case No. 13-10599-tmd |
| | § | |
| | § | Chapter 11 |
| DEBTOR. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
COMBINED WITH REQUEST FOR ALL COPIES PURSUANT
TO BANKRUPTCY RULE 2002(a) AND PLEADINGS
PURSUANT TO BANKRUPTCY RULES 3017(a) AND 9007**

**TO THE HONORABLE TONY M. DAVIS, U. S. BANKRUPTCY JUDGE:**

Snow Spence Green LLP, on behalf of Baker Hughes Oilfield Operations, Inc., requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case be given to and served upon:

Phil F. Snow
Holly Hamm
Snow Spence Green LLP
2929 Allen Parkway, Suite 4100
Houston, TX  77019
(713) 335-4800
(713) 335-4848 (Fax)

With a copy to:

Baker Hughes Oilfield Operations, Inc.
Attention: Christopher J. Ryan
P. O. Box 4740
Houston, TX  77210-4740

This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 3017, and 9007 of the Bankruptcy Rules of Procedure, including but not limited to notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, and any other documents brought before this court in this case, whether formal or informal, written or oral, or

1

transmitted or conveyed by mail, delivery, telephone, telegram, telex, or otherwise, which affect or seek to affect this case.

Please take further notice that the foregoing request for notice and service of papers is not a submission by Baker Hughes Oilfield Operations, Inc. to the jurisdiction of the Bankruptcy Court nor a waiver of its respective rights to: (a) have final orders in non-core matters entered only after de novo review by a District Judge; (b) trial by jury in any proceedings so triable in these cases, controversies, or proceedings related to these cases; (c) have the District Court withdraw reference in any matter subject to mandatory or discretionary withdrawal; or (d) waive any other rights, claims, actions, defenses, setoffs, or recoupments to which Baker Hughes Oilfield Operations, Inc. is, or may be entitled, in law or in equity, all of which are expressly reserved.

Respectfully submitted,

SNOW SPENCE GREEN LLP

By: */s/ Holly C. Hamm*
    Phil F. Snow
    State Bar No. 18812600
    philsnow@snowspencelaw.com
    Holly C. Hamm
    State Bar No. 24036713
    hollyhamm@snowspencelaw.com
    2929 Allen Parkway, Suite 4100
    Houston, TX 77019
    (713) 335-4800
    (713) 335-4848 Fax

**ATTORNEYS FOR BAKER HUGHES OILFIELD OPERATIONS, INC.**

**OF COUNSEL:**

**SNOW SPENCE GREEN LLP**
2929 Allen Parkway, Suite 4100
Houston, TX  77019
(713) 335-4800
(713) 335-4848 (Fax)

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the above and foregoing was served on the 5th day of April, 2013, upon all parties via the Court's electronic case filing system (ECF).

                                  /s/ Holly C. Hamm
                                  Holly C. Hamm