Stephanie E. Kaiser
Texas Bar I.D. 24013633
Katherine L. Thomas
Texas Bar I.D. 24070737
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: 817/332-2500
Telecopy: 817/878-9280

*Attorneys for Oil Dog Pipe Rentals, LP*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-10599 |
| | § | |
| VPR OPERATING, LLC, *et al.*, | § | CHAPTER 11 |
| | § | |
| *Debtors.* | § | Jointly Administered |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND PLEADINGS

Please take notice that the undersigned counsel hereby give notice pursuant to Federal Rules of Bankruptcy Procedure 9010(b) of their appearance as counsel for Oil Dog Pipe Rentals, LP, in these proceedings and respectfully request that all notices given or required to be given in this case, and all papers served or required to be served in this matter, be given to and served upon:

Stephanie E. Kaiser
stephanie.kaiser@kellyhart.com
Katherine L. Thomas
katherine.thomas@kellyhart.com
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: 817/332-2500
Telecopy: 817/878-9280

This request encompasses all notices, copies and pleadings referred to in 11 U.S.C. § 101, *et seq.* and all applicable Federal Rules of Bankruptcy Procedure, including, but not limited to,

notices of any motions, orders, petitions, complaints, demands, applications, pleadings, requests, and any other documents brought before this Court in this matter that otherwise affect or seek to affect this matter.

Respectfully submitted,

/s/ Stephanie E. Kaiser
Stephanie E. Kaiser
Texas Bar I.D. 24013633
Katherine L. Thomas
Texas Bar I.D. 24070737
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: 817/332-2500
Telecopy: 817/878-9280

*Attorneys for Oil Dog Pipe Rentals, LP*

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was served upon all parties receiving service via ECF notification on April 10, 2013.

/s/ Katherine L. Thomas
Katherine L. Thomas