IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: <br><br> VPR OPERATING, LLC; <br><br> Debtor. | § § § § § § § § | Chapter 11 <br> Case No. 13-10599 |
| IN RE: <br><br> VPR (OK), LLC; <br><br> Debtor | § § § § § § § § | Chapter 11 <br> Case No. 13-10607 |
| IN RE: <br><br> VPR (NM), LLC; <br><br> Debtor | § § § § § § § § | Chapter 11 <br> Case No. 13-10606 |
| IN RE: <br><br> VPR CORP.; <br><br> Debtor | § § § § § § § | Chapter 11 <br> Case No. 13-10604 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

COMES NOW, Jay H. Dushkin, Law Offices of Jay H. Dushkin and files this its Notice of Appearance and Request for Notices as counsel for United Casing, Inc., and Stemcor AG (collectively called "Movant" whether one or more), creditors and parties-in-interest in the above-styled case, and pursuant to applicable law and Bankruptcy Rule 9010, respectfully requests that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, including service of process, be served upon the undersigned at the office, postal address and telephone number listed below as follows:

Jay H. Dushkin
Law Offices of Jay H. Dushkin
4615 Southwest Freeway, Suite 600
Houston, Texas 77027
(713) 961-3600 (Phone)
(713) 626-0182 (Fax)

PLEASE TAKE FURTHER NOTICE that, pursuant to applicable law, the foregoing request includes notices and papers referred to in the Bankruptcy Rules including service of process and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

Movant additionally requests that the Debtor and Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above numbered case.

Respectfully submitted,

Jay H. Dushkin
State Bar No. 06288700
Law Offices of Jay H. Dushkin
4615 Southwest Freeway, Suite 600
Houston, TX 77027
Tel: (713) 961-3600
Fax: (713) 626-0182
**ATTORNEY FOR CREDITORS
UNITED CASING, INC. AND
STEMCOR AG**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of April, 2013, a true and correct copy of the foregoing Notice of Appearance and Request for Service was served on the Debtor, Debtor's attorney and the U.S. Trustee and those interested parties on the proposed Master Service List attached hereto as Exhibit A by the Electronic Case Filing System for the United States Bankruptcy Court, Western Division of Texas, Austin Division and/or by First Class U.S. Mail, postage paid.

<u>Debtor's</u>
VPR Operating, LLC, *et. al.*
c/o Robert Pullen, President
1406 Camp Craft Road, Suite 106
Austin, TX 78746

<u>Debtor's Attorney</u>
Robert W. Jones
Brent R. McIlwain
Brian Smith
Patton Boggs, LLP
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201

Page 2

Notice of Appearance.docx

U.S. Trustee
United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

                                              */s/ Jay H. Dushkin*
                                              JAY H. DUSHKIN