UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: VPR OPERATING, LLC, *et al.*; | § | Case No. 13-10599 tmd |
| | § | Chapter 11 |
| DEBTORS | § | Jointly Administered |

NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS

Pursuant to 11 U.S.C. §1102 (a) (1) and (b) (1), the following unsecured creditors, willing to serve, are hereby appointed to serve on the Committee of Creditors in the above captioned case:

**INTERIM CHAIR:**
Robert J. Stayton
Pinpoint Drilling and Directional Services, LLC
24900 Pitkin Road, Suite 180
Spring, TX 77386
robert.stayton@pinpointdrill.com
(281) 466-3580 /Fax: (281) 466-3591

**MEMBERS:**
Tor Vatne
Stemcor AG
8505 Technology Forest Drive, #401
The Woodlands, TX 77381
tvatne@unitedcasings.com
(936) 242-1187 / Fax: (936) 231-8146

Lee Wright
Professional Directional Enterprises, Inc.
P.O. Box 750
Conroe, TX 77305
lwright@prodirectional.com
(936) 441-7266 / Fax (936) 441-7268

Larry Gandy
Gandy Corporation
P.O. Box 2140
Lovington, NM 88260
lgandy@gandycorporation.com
(575) 396-0522 / Fax (575) 396-0797

Olivia Estrada
De La Sierra Trucking, Inc.
3116 Rose Road
Hobbs, NM 88242
delasierratruckinginc@gmail.com
(575) 738-0972 / Fax (575) 738-0973

Respectfully submitted,
JUDY A. ROBBINS
UNITED STATES TRUSTEE
By: */s/ Deborah A. Bynum*
Deborah A. Bynum
Trial Attorney
SBT No. 03556250
903 San Jacinto Blvd., Room 230
Austin, Texas 78701
Phone: (512) 916-5328 / Fax: 916-5331
Deborah.A.Bynum@usdoj.gov

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I forwarded a true and correct copy of the foregoing by electronic means for all Pacer system participants on Debtors' Mailing Matrix on this the 15th day of April, 2013 and by prepaid first class mail to all parties listed on Debtors' Mailing Matrix on the 16th day of April, 2013.

*/s/ Deborah A. Bynum*
Deborah A. Bynum

```
Label Matrix for local noticing        VFR Corp.                          VFR Operating, LLC
0542-1                                  1406 Camp Craft Road               1406 Camp Craft Road, Ste. 106
Case 13-10599-tmd                       Suite 106                          Austin, TX 78746-6556
Western District of Texas               Austin, TX 78746-6556
Austin
Mon Apr 15 15:57:10 CDT 2013

U.S. BANKRUPTCY COURT                   1406 Investors Ltd                 24/7 WELDING
903 SAN JACINTO, SUITE 322              1406 Camp Craft                    WILLIAM JOHNSON
AUSTIN, TX 78701-2450                   Suite 222                          P.O. BOX 60762
                                        Austin, TX 78746-6556              MIDLAND, TX 79711-0762


A & A Tank Truck Company                A & M Machine Works Inc            A&A TRUCKING
P.O. Box 722588                         P.O. Box 1196                      10310 FM 307
Norman, OK 73070-8969                   Hobbs, NM 88241-1196               MIDLAND, TX 79706-5323


A-1 Sign Engravers, Inc.                A.C.D. Oilfield Service LLC        A.FEEZEL CORPORATION
P.O. Box 2641                           PO BOX 553                         DBA CAM TRUCKING & WELL SVC
Midland, TX 79702-2641                  Lovington, NM 88260-0553           PO BOX 1371
                                                                           ADA, OK 74821-1371


AAA Fiberglass Repair LLC               ABANI ENERGY SERVICES LLC          ABC Rental Tool Co.
10519 S Sunnylane                       505 N. BIG SPRING SUITE 500        DBA CAVALOZ ENERGY INC.
Oklahoma City, OK 73160-9306            MIDLAND, TX 79701-4370             P.O. Box 1500
                                                                           Hobbs, NM 88241-1500


ADL ENTERPRISES LLC                     ADP, INC                           AFCO
807 WEST 10TH STREET                    PO BOX 9001006                     4501 College Blvd
ROSWELL, NM 88201-8239                  LOUISVILLE, KY 40290-1006          Suite 320
                                                                           Leawood, KS 66211-2328


AKOME, INC.                             ALLIANCE TRUCKING, LLC             ALPHA OMEGA CONTRACT SALES & CONSULTING INC
PO BOX 2038                             PO BOX 1599                        8719 W SATURN ST
HOBBS, NM 88241-2038                    ARTESIA, NM 88211-1599             ODESSA, TX 79764-8843


AMERICAN CRANE & EQUIPMENT              AMERICAN EAGLE LOGISITCS, LLC      AMERICAN PRODUCTION SERVICES
P.O BOX 13293                           151 SOUTHPARK                      AMERICAN SAFETY SERVICES, INC.
ODESSA, TX 79768-3293                   SUITE 200                          PO BOX 12874
                                        LAFAYETTE, LA 70508-2900           ODESSA, TX 79768-2874


ANDY LORD                               ANSWERING SERVICE CARE             ARAPAHOE OILFIELD SERVICE, LLC
630 W. SOCKWELL ST.                     BY GLOBAL RESPONSE                 2906 W. MARLAND
HOBBS, NM 88242-9738                    777 SOUTH STATE ROAD 7             PO BOX 1127
                                        MARGATE, FL 33068-2803             HOBBS, NM 88241-1127


ARCINIEGA TRUCKING                      ARTEXOMA LOGISTICS, LLC            ARVINE PIPE & SUPPLY CO., INC.
1531 N. CATHERINE DRIVE                 207 QUEENSWAY                      1708 TOPEKA DR.
HOBBS, NM 88240-3604                    SEARCY, AR 72143-7400              NORMAN, OK 73069-8224
```

AT&T
PO Box 5001
Carol Stream IL, 60197-5001

ATD, LLC
DBA AIR TECH DRILLING
PO BOX 1920
HOBBS, NM 88241-1920

Aciduzing & Cementing
Services Inc
P O Box 751
Crescent, OK 73028-0751

Acme Truck Lines, Inc.
MSC-410683
PO BOX 41500
Nashville, TN 37204-1500

Advanced Telecom
PO Box 500067
Austin, TX 78750-0067

Air Drilling Solutions, LTD
PO BOX 4541
Midland, TX 79704-4541

Alfa & Omega Trucking
PO BOX 211
Kermit, TX 79745-0211

Alliance Flow, LLC
PO BOX 1599
Artesia, NM 88211-1599

Amber Cassidy
1406 Camp Craft Road
Suite 100
Austin, TX 78746-6556

Amber Richards
123 Discovery
Kyle, TX 78640-5490

Ambrose Construction
1001 Timber Grove Road
Ardmore, OK 73401-9282

Andrews Pump & Supply, Inc.
PO Box 1378
Andrews, TX 79714-1378

Angela Palma
7501 Shadowridge Run
Unit 107
Austin, TX 78749-4278

Arch Services LLC
P.O. box 1569
Eunice, NM 88231-1569

Armstrong, Backus & Co., LLP
P.O. Box 71
San Angelo, TX 76902-0071

Arrow Business Printing
3425 Bee Caves Road
Austin, TX 78746-6693

Arrow Pump & Supply Inc
PO Box 1070
Seminole, OK 74818-1070

Arrow We-Go Perforators, Inc
PO Box 862
Norman, OK 73070-0862

Asher Oilfield Specialty, Inc
PO Box 95421
Oklahoma City, OK 73143-5421

Associated Wire Line
Services Inc
P O Box 906
Healdton, OK 73438-0906

B J PIPE & SUPPLY
600 Tatum Hwy
Lovington, NM 88260-2333

B&J Chemical Services LLC
PO Box 1602
Ada, OK 74821-1602

B&L Satellite Rentals, Inc.
PO BOX 2
Eunice, NM 88231-0002

B&R Pump & Equipment, Inc.
4001 S High
Oklahoma City, OK 73129-5241

B-P Supply Inc
PO Box 976
Andrews, TX 79714-0976

BAD BOY EXPRESS LLC
13705 W COUNTY RD 122
ODESSA, TX 79765-8928

BADGER DAYLIGHTING CORP
1300 E US HWY 136
SUITE E
PITTSBORO, IN 46167-9514

BAKER HUGHES OILFIELD, INC.
2105 Market Street
Midland, TX 79703-7510

BANDERA MINERALLS III L.L.C
7134 S. YALE AVE
SUITE 510
TULSA, OK 74136-6387

BASIN LLC
GARY L JONES
PO BOX 1786
HOBBS, NM 88241-1786

BATTLE ENERGY SERVICES LLC
PO BOX 7
LOVINGTON, NM 88260-0007

BDO USA, LLP
515 Congress Ave Ste 2600
Austin, TX 78701-3508

BIG TIME ROUSTABOUT
PO BOX 523
ARTESIA, NM 88211-0523

BLAIR TOOL, INC.
PO BOX 160
HOBBS, NM 88241-0160

BLOWOUT TOOLS, INC.
2202 OIL CENTER COURT
HOUSTON, TX 77073-3333

BOOMERANG TRUCKING
PO BOX 9729
MIDLAND, TX 79708-9729

BRONCO SERVICES
PO BOX 2404
HOBBS, NM 88241-2404

BULLDOG SERVICES, INC.
PO BOX 617
STAMFORD, TX 79553-0617

BULLHORN, INC.
PO BOX 563
HOBBS, NM 88241-0563

BUTCH&#039;S RAT HOLE & ANCHOR SER
ATTN: KAUA GALLEGLY
700 AUSTIN STREET
PO BOX 1323
LEVELLAND, TX 79336-1323

BUTCH'S RATHOLE & ANCHOR SERV
PO BOX 1323
LEVELLAND, TX 79336-1323

Baker Hughes Oilfield Operations, Inc.
Attention: Christopher J. Ryan
P.O. Box 4740
Houston, TX 77210-4740

Baker Hughes Oilfield Operations, Inc.
c/o Holly Hamm
Snow Spence Green LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019-7106

Basic Energy Services Inc
P O Box 2370
Hobbs, NM 88241-2370

Bettie Kimbrell
34525 E County Road 1650
Wynnewood, OK 73098-9174

Bitter End Royalties, LP
P.O. Box 670988
Dallas, TX 75367-0988

Blue Cross Blue Shield
of Texas
901 S Central Expressway
Richardson, TX 75080-7302

Borets-Weatherford US Inc.
P.O. Box 203739
Houston, TX 77216-3739

Branco Well Services
PO Box 14248
Odessa, TX 79768-4248

Brown Oil Tools
P.O. Box 2634
Ada, OK 74821-2634

Brown's Sandblasting & Coating
1800 SE 5001
Andrews, TX 79714-5967

Bruce Jones's Oilfield Service
10520 N County Road 3050
PO BOX 614
Lindsay, OK 73052-0614

Bryan's Oilfield Service, Inc.
PO Box 759
Eunice, NM 88231-0759

Bull Rogers, Inc.
P. O. Box 2525
Hobbs, NM 88241-2525

Bullet Energy Service LLC
P O Box 26
Velma, OK 73491-0026

Bureau of Land Management
Attn: James Smith
620 W. Greene St.
Carlsbad, NM 88220

Burleson Pump Company
P O Box 95166
Oklahoma City, OK 73143-5166

C&C Transport, LLC
P.O. Box 1352
Hobbs, NM 88241-1352

C&E Environmental, LLC
520 Central Parkway East
Suite 228
Plano, TX 75074-5572

C&M Roustabout Services, LLC
P.O. Box 1145
Pauls Valley, OK 73075-1145

C&R OILFIELD SERVICES, LLC
PO BOX 160
CARLSBAD, NM 88221-0160

C-N-M Electric
P.O. Box 903
Lovington, NM 88260-0903

C.D. RAY, LLC
502 N BIG SPRING ST.
PO BOX 51608
MIDLAND, TX 79710-1608

CAPITAN CORPORATION
PO BOX 60018
MIDLAND, TX 79711-0018

CATALYST OILFIELD SERVICES LLC
PO BOX 8485
MIDLAND, TX 79708-8485

CDI Energy Services
P.O. Box 974594
Dallas, TX 75397-4594

CF & Co., LLP
8750 N Central Expressway
Suite 300
Dallas, TX 75231-6464

CHARLES S. KUSS & ASSOC., INC.
130 SPRING PARK DRIVE
SUITE 104
MIDLAND, TX 79705-4614

CJK TECH LLC
126 West Silver Dr
Hobbs, NM 88240-2213

CLEAN SLATE SERVICES LLC
6501 VEST RD
CARLSBAD, NM 88220-8726

CMO, LLC
PO BOX 1896
CARLSBAD, NM 88221-1896

COLE INTERNATIONAL TUBULAR SVC
14 Rosedale Brook Ct.
The Woodlands, TX 77381-2615

CORROSION LTD.
4321 SCR 1290
ODESSA, TX 79765

COSI ENERGY SERVICES LLC
4311 SO. CO. RD 1298
P.O. BOX 61994
MIDLAND, TX 79711-1994

COUGAR TOOL AMERICAS, INC.
7319-17 STREET
EDMONTON, AB
CANADA,            T6P 1P1

CRAIG'O SERVICES
PO BOX 9727
MIDLAND, TX 79708-9727

CREDO ENERGY SERVICES, LLC
4008 N GRIMES ST
PMB 269
HOBBS, NM 88240-0903

CREED INC
PO BOX 759
LOVINGTON, NM 88256-0759

CTS CONSTRUCTION AND
TURNAROUND SPECIALIST, INC.
2619 COLLEGE AVE
SNYDER, TX 79549-3333

CUATRO TRANSPORTATION, INC.
PO BOX 1384
JAL, NM 88252-1384

CUSTOM WELDING OF HOBBS, INC.
PO BOX 1258
HOBBS, NM 88241-1258

Cabello Oilfield Service LLC
P O Box 1775
Lovington, NM 88260-1775

Cactus Oilfield Services, DBA
PO Box 6401
Abilene, TX 79608-6401

Cardinal Surveys Company
PO Box 729
Odessa, TX 79760-0729

Cary Pierce
P.O. Box 1095 532 E 9th St
Colorado City, TX 79512-1095

Casedhole Solutions
PO Box 267
1720 N. Airport Rd.
Weatherford, OK 73096-3321

Cawley, Gillespie & Associates
306 W. 7th Street
Suite 302
Fort Worth, TX 76102-4987

Charles L. Helm, P.C.
105 North Hudson
Suite 700
Oklahoma City, OK 73102-4818

Charlie's Trucking &
Forklift Inc
PO Box 158
Lindsay, OK 73052-0158

Chemical Weed Control Inc
PO Box 512
Brownfield, TX 79316-0512

Choice Oilfield Service
P O Box 337
Lovington, NM 88260-0337

Chris Whitman
PO Box 1013
Lovington, NM 88260-1013

Cindy Cruz
1370 CR 217
Florence, TX 76527-4201


City Stamp & Seal Company
1308 West Anderson Lane
Austin, TX 78757-1496

Closed Loop Specialties LLC
P.O. Box 1479
Carlsbad, NM 88221-1479

Cogburn Pipe & Supply Inc
P O Box 707
Tatum, NM 88267-0707


Commission of Public Lands
PO Box 1148
Santa Fe, NM 87504-1148

Complete I.T.
1108 Lavaca Street Ste 110-199
Austin, TX 78701-2172

Compuforms Data Products Inc
2100 Baird Farm Road
Arlington, TX 76006-5510


ConocoPhillips Co
22342 Network Place
Chicago, IL 60673-1223

Controlled Recovery Inc
4507 W Carlsbad Highway
Hobbs, NM 88240-9358

Corinne Pullen
1701 Mill Springs Drive
Austin, TX 78746-6216


Corporation Service Company
P.O. Box 13397
Philadelphia, PA 19101-3397

Crain Hot Oil & Acidizing Inc
PO BOX 613
Lovington, NM 88260-0613

Cranford's Pumping Service
21208 N County Road 3210
Pauls Valley, OK 73075-9053


Currier Abstact Company
PO Box 540
Artesia, NM 88211-0540

D & L Meters &
Instrument Service Inc
P.O. Box 1621
Lovington, NM 88260-1621

D&T BACKHOE, INC.
PO BOX 608
LOVINGTON, NM 88260-0608


DAVIS FLUID CALIPERS, INC.
PO BOX 1033
HOBBS, NM 88241-1033

DC Rental
P.O. Box 115
Crossroads, NM 88114

DC SALES LLC
PO BOX 2307
HOBBS, NM 88241-2307


DE LA SIERRA TRUCKING INC.
3116 ROSE ROAD
HOBBS, NM 88242-0536

DEL'S FLUID CAIPERS, INC
PO BOX 14892
ODESSA, TX 79768-4892

DEL'S INSPECTION SERVICE CO
2212 MADERA
ODESSA, TX 79763-2315


DELAWARE SECRETARY OF STATE
Division of Corporations
PO BOX 11728
Newark, NJ 07101-4728

DKD LLC
PO BOX 682
TATUM, NM 88267-0682

DNU THIS VEN CODE
State Land Office
310 Old Santa Fe Trail
Santa Fe, NM 87501-2708


DOWNHOLE VIEW LLC
PO BOX 14483
ODESSA, TX 79768-4483

DWJS Construction
1680 SW 86th Street
Oklahoma City, OK 73159-6229

DXP Enterprises Inc.
PO Box 201791
Dallas, TX 75320-1791

DYNAMIC FISHING & RENTALS LLC
P.O BOX 150
MIDLAND, TX 79702-0150

Dale Hale
Box 894
Tatum, NM 88267-0894

Daniel J Bates
5410 Bee Caves Road
Austin, TX 78746-5227


Danlin Industries Corporation
PO Box 677464
Dallas, TX 75267-7464

Danny's Hot Oil Service Inc
P O Box 682
Tatum, NM 88267-0682

(c)DAVID BILBREY
84 BROWN LN
CROSSROADS NM  88114-9006


David Temple
30782 East CR 1610
Pauls Valley, OK 73075-9196

Davis Backhoe Service
P O Box 44
Bledsoe, TX 79314-0044

Dean's Pumping Inc
PO Box 1569
Eunice, NM 88231-1569


Delfinco, LP
c/o John T. Carroll, III
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1166

Delhi Landrum
19410 Joanleigh Drive
Spring, TX 77388-5954

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577


Devon Energy Production Co, LP
PO Box 842485
Dallas, TX 75284-2485

Diversified Equipment LP
P.O. Box 154
Plains, TX 79355-0154

Diversified Field Services
PO Box 5966
Hobbs, NM 88241-5966


Documation of Austin, Inc
PO Box 790448
St Louis, MO 63179-0448

Double M
P.O. Box 1076
Jal, NM 88252-1076

Double M Energy LLC
3301 N Enterprise Dr
Hobbs, NM 88240-1046


Double R Pipe & Supply Inc
PO Box 26
Lovington, NM 88260-0026

Durango Trucking
Jose Cristino Avila
3610 East Stanolind Rd
Hobbs, NM 88240-8744

Dutcher-Phipps Crane & Rigging
PO Box 910
Monahans, TX 79756-0910


E&P Wireline Services LLC
P.O. Box 201335
Dallas, TX 75320-1335

E.O.S RENTALS, LLC
4008 N. GRIMES ST., #144
HOBBS, NM 88240-0903

EAGLE CAPITAL CORPORATION
JONEZY HOT SHOT SERVICE
1825 PETROLEUM DRIVE
ODESSA, TX 79762-4540


EDMONDSON SERVICES, LLC
607 CARRETA ROAD
CARLSBAD, NM 88220-9144

ELITE WELL SERVICES LLC
2702 N FREEMAN
P.O. BOX 1426
ARTESIA, NM 88211-1426

ELLISON FLUID CALIPERS
PO BOX 15039
ODESSA, TX 79768-5039


ELY AND ASSOCIATES OF TX, LLC
14343-G TORREY CHASE BLVD.
HOUSTON, TX 77014-1630

EMPIRE SERVICES, LLC
P.O. BOX 696
LOVINGTON, NM 88260-0696

(p)EMS USA INC
2000 BERING DRIVE
SUITE 600
HOUSTON TX 77057-3835

EUNICE WELL SERVICING, INC
PO BOX 1500
HOBBS, NM 88241-1500

EXPRO HOLDINGS US INC
DEPT 2080
PO BOX 122080
DALLAS, TX 75312-2080

EXTREME SERVICES LLC
PO BOX 595
LOVINGTON, NM 88260-0595


EZ OILFIELD SERVICES INC
1313 N 1ST STREET
LOVINGTON, NM 88260-2817

Echo Production, Inc
P.O. Box 1210
Graham, TX 76450-1210

Elizabeth Grant
1300 Verdant Way
Austin, TX 78746-6768


Eunice Pump & Supply LLC
P O Box 1500
Hobbs, NM 88241-1500

Evans & Evans Studios
8424 East Otero Circle
Centennial, CO 80112-3313

Excalibur Corp
P.O Box 94
804 Ave I
Eunice, NM 88231-0094


F&F Tool Company
PO Box 1466
Seminole, OK 74818-1466

FORKLIFT ENTERPRISES
P.O DRAWER 70
HOBBS, NM 88241-0070

FOX TANK COMPANY
PO BOX 2260
5580 E. HWY 180
ALBANY, TX 76430-8011


FUTURE Energy Services
5850 Town and Country Blvd
Ste 902
Frisco, TX 75034-0303

Far West Capital
FBO Javier O. Enriquez
P.O. Box 962048
El Paso, TX 79996-2048

FedEx
P O Box 660481
Dallas, TX 75266-0481


FedEx Office
3300 Bee Caves Road
Suite 715
Austin, TX 78746-6759

FedEx/Kinko's
PO Box 660481
Dallas, TX 75266-0481

Fort Dearborn Life
Insurance Company
36788 Eagle Way
Chicago, IL 60678-1367


G and L Trucking LLC
1009 W Broadway Street
Hobbs, NM 88240-5530

GEOMAP COMPANY
1100 GEOMAP LANE
PLANO, TX 75074-7199

GLOBE ENERGY SERVICES
P.O BOX 255
SNYDER, TX 79550-0255


GREGORY ROCKHOUSE RANCH INC
1108 W. PIERCE ST
CARLSBAD, NM 88220-4015

GYRODATA, INC
23000 Northwest Lake Dr.
HOUSTON, TX 77095-5344

Gables Residential Services
Gables Corp Accommodations
3399 Peachtree Road Ste 600
Atlanta, GA 30326-2832


Gandy Corporation
P.O. Box 2140
Lovington, NM 88260-2140

Gandy Marley Inc
P O Box 1658
Roswell, NM 88202-1658

Gardere Wynne Sewell LLP
Attorneys and Counselors
PO Box 660256
Dallas, TX 75266-0256


Garvin County Clerk
PO Box 926
Pauls Valley, OK 73075-0926

Gene Duncan Consulting
P O Box 422
Guthrie, OK 73044-0422

Glenn's Water Well Service Inc
Box 692
Tatum, NM 88267-0692

Graco Fishing & Rental Tools
DBA Graco Oilfield Services
PO BOX 677630
Dallas, TX 75267

Grand Resources, LLC
1515 Calle Sur
Hobbs, NM 88240-0998

Gray Wireline Service, Inc.
PO Box 209045
Dallas, TX 75320-9045

Gray Wireline Service, Inc.
c/o Carl Dore', Jr.
Dore' Law Group, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084-4927

Gray Wireline Service, Inc.
c/o Lori V. Graham
Dore' Law Group, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084-4927

H.L. TRUCKING LLC
PO BOX 1272
HOBBS, NM 88241-1272

HALIBURTON ENERGY SERVICES INC
DBA BOOTS & COOTS
10200 BELLAIRE BLVD.
HOUSTON, TX 77072-5206

HILL ENGINE, INC.
1107 W. MARLAND
HOBBS, NM 88240-6421

HOBBS RENTAL CORPORATION
P.O. BOX 3435
HOBBS, NM 88241-3435

HOT RODS HOT SHOT SERVICE, LLC
5 VERSAILLES CIRCLE
ODESSA, TX 79762-5245

HOWARD CASING & TUBING LLC
P.O BOX 1509
MIDLAND, TX 79702-1509

Haarmeyer Electric, Inc.
PO Box 478
Lovington, NM 88260-0478

Harper & Associates, Inc
6815 Manhattan Blvd
Suite 201
Fort Worth, TX 76120-1272

Heavenly Care Moving Services
13266 Pond Springs Road
Austin, TX 78729-7179

Henry Lozoya DBA H&L Pumping
1731 Rose Lane
Hobbs, NM 88240-3117

Heredia Trucking
625 E. Permian Dr.
Hobbs, NM 88240-4522

Hinkle Hensley Shanor &
Martin LLP
P O Box 3580
Midland, TX 79702-3580

Hobbs Anchor, Inc.
P.O. Box 1227
Hobbs, NM 88241-1227

Hotco
P.O. Box 1603
Cushing, OK 74023-1603

Hough Haulin Inc
PO Box 1186
Cushing, OK 74023-1186

Hudson Packer Company Inc.
P.O. Box 104
Hobbs, NM 88241-0104

Hughes Oilfield Transporation
2513 N MERCURY
Odessa, TX 79763-1922

Hydrostatic Pipe Service, Inc.
P.O. Box 2428
Hobbs, NM 88241-2428

ICON Oilfield Services, LLC
5950 Berkshire Lane
Suite 1401
Dallas, TX 75225-5857

IHS Global Inc
Department Number 142
Denver, CO 80271-0142

INDUSTRIAL GROUNDS SUPPORT LLC
P.O. BOX 69
HENNEPIN, OK 73444-0069

Ideal Derrick & Structures
2970 South county Road West
Odessa, TX 79766-8846

Imperial Credit Corporation
PO Box 200455
Dallas, TX 75320-0455

Independent Oil and Gas Assoc
of West Virginia, Inc.
405 Capitol St Ste 808
Charleston, WV 25301-1730

Internal Revenue Service
Dept of Treasury
5450 Stratum Drive, Suite 150
Fort Worth, TX 76137-2756

Iron Mountain
PO Box 27128
New York, NY 10087-7128

Ismael Garcia
PO BOX 177
Seminole, TX 79360-0177

J & A Services, LLC
P.O. Box 997
Lovington, NM 88260-0997


J & B Well Servicing
HC 65 Box 274
Crossroads, NM 88114

J & S Tubing Testing Inc
2107 Williams Rd
Big Spring, TX 79720-0400

J B FLUID SERVICES INC
PO BOX 1027
SEMINOLE, TX 79360-1027


J Cooper Enterprises, Inc.
DBA Cooper Water Sales
PO Box 36
Monument, NM 88265-0036

J R Barnes
27707 North County Road 3210
Wynnewood, OK 73098-9393

J&J Rentals, LLC
204 North Avenue C
Hobbs, NM 88240-6238


J&S Oilfield Services Inc.
819 West Ave A
Lovington, NM 88260-4131

J&W WELL SERVICE & EQUIP CO.
PO BOX 11021
MIDLAND, TX 79702-8021

J-W Wireline Company
Lockbox 970490
Dallas, TX 75397-0490


JA Oilfield Services
653 State Hwy. 206
McDonald, NM 88262

JAIMIE'S WELDING, LLC
209 W. WOOD AVE
CARLSBAD, NM 88220-5446

JAL COUNTRY CLUB
PO BOX 1283
JAL, NM 88252-1283


JIM SOUTHERLAND
J&J WELL SERVICE
PO BOX 686
LONE GROVE, OK 73443-0686

JOHN L. THOMA
PO BOX 17656
GOLDEN, CO 80402-6027

Jack Millsap Company
P.O. Box 12936
Odessa, TX 79768-2936


Jacobs Engineering
c/o Bank of America
Lockbox 18713F
St. Louis, MO 63150-8713

James R. Huling
2308 Mistletoe Blvd
Fort Worth, TX 76110-1132

Jell Creative, Inc.
4410 N Ravenswood
Suite 200
Chicago, IL 60640-5873


Joe's Roustabout & Well Svc.
DBA On the Mark Oilfield Svcs
6712 S. Eunice Hwy
Hobbs, NM 88240-9540

John Turner
1600 Falcon Ledge Drive
Austin, TX 78746-6106

Joseph M Bennett Architects
2720 Bee Caves Road
Austin, TX 78746-5642


K&S Electric Co, Inc.
1901 N. Grimes
Hobbs, NM 88240-2722

KELLY, MORGAN, DENNIS, CORZINE & HANSEN, P.C
ATTORNEYS AT LAW
SUITE 200
ODESSA, TX 79762

KENCO OIL TOOLS INC
410 E MAIN ST
ARTESIA, NM 88210-2173


KLEIN AUTOMATION &ELECTRIC INC
914 N. LINAM
HOBBS, NM 88240-5126

KNIGHT OIL TOOLS, LLC
DBA KNIGHT FISHING SERVICES
P.O. BOX 52688
LAFAYETTE, LA 70505-2688

Kanex Well Service, LLC
PO Box 1279
Snyder, TX 79550-1279

Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693

Kelly Hoffman
1406 Camp Craft Road
Suite 106
Austin, TX 78746-6556

Kelly Moore
10701 South IH 35 #1334
Austin, TX 78747-1844

Kelly Services, Inc
PO Box 331179
Detroit, MI 48232-7179

Kenemore Welding &
Oilfield Services Inc
PO Box 154
Maljamar, NM 88264-0154

Kiamichi Energy Corporation
2308 Mistletoe Boulevard
Fort Worth, TX 76110-1132

Kirkham Savage
4525 Depew
Austin, TX 78751-4020

Knighten Machine & Service, In
PO Box 12587
Odessa, TX 79768-2587

Knox Oil Field Supply
PO Box 60065
San Angelo, TX 76906-0065

L J Soldinger Associates
21925 Field Parkway
Suite 240
Deer Park, IL 60010-7208

LEA COUNTY TREASURER
5915 LOVINGTON HWY.
HOBBS, NM 88240-9113

LEA ENERGY SERVICES, LLC
PO BOX 1227
JAL, NM 88252-1227

LEWIS CASING CREWS, INC.
P.O. BOX 13747
ODESSA, TX 79768-3747

LIBERTY FISHING & RENTAL TOOLS INC
P.O BOX 13590
ODESSA, TX 79768-3590

LIMESTONE LIVESTOCK
76 ANGELL RD
LOVINGTON, NM 88260-8508

LOBO TRUCKING LTD
P O BOX 2914
HOBBS, NM 88241-2914

LONE MOUNTAIN ARCHAELOGICAL
2625 PENNSYLVANIA STREET NE
SUITE 2000
ALBUQUERQUE, NM 87110-5683

LUCKY'S OILFIELD SERVICES
PAY TO: SECURITY BUSINESS CAPI
PO BOX 60593
MIDLAND, TX 79711-0593

LYNN BOYER, INC.
P O BOX 1611
ARDMORE, OK 73402-1611

Lazy Ace Land Farm LLC
P.O Box 130
Eunice, NM 88231-0130

Lea County Clerk
PO Box 1507
Lovington, NM 88260-1507

Lea County Electric Coop.
1300 W Ave D
Lovington, NM 88260-3806

Lee R's Enterprise, Inc.
P.O. Box 10100
Midland, TX 79702-7100

Lee Winn Geoscience LLC
1321 San Jose Ave
Santa Fe, NM 87505-3347

Liberty Maintenance
Services Inc
P O Box 846
Tatum, NM 88267-0846

Light Tower Rentals
2330 East I-20 So. Service Rd
Odessa, TX 79766

Lincoln Park Capital Group LLC
Attention: Mark Cozzi
1323 West School Street
Chicago, IL 60657-1415

Lone Star Overnight
PO Box 149225
Austin, TX 78714-9225

Lovington Welding Service
P.O. Box 21
Lovington, NM 88260-0021

M & M Supply Co
P O Box 870164
Kansas City, MO 64187-0164

M J R Investment Inc
P O Box 1051
Pauls Valley, OK 73075-1051

M and S Service Inc
PO BOX 1449
LOVINGTON, NM 88260-1449

MARATHON ROAD WATER STATION
CW TRAINER
PO BOX 3788
MIDLAND, TX 79702-3788

MCT EQUIPMENT SALES, LLC
7411 VALDEZ ST.
HOBBS, NM 88242-9627

METERS & INSTRUMENT SERVICE LLC
710 S. COMMERCIAL STREET
P.O BOX 1621
LOVINGTON, NM 88260-1621

MICATOOL & TUBULAR, A DIV OF
ACCEL WORKOVER SERCIVES, INC
P.O. BOX 13326
ODESSA, TX 79768-3326

MICO OILFIELD SERVICES, LLC
TRUCKING
PO BOX 158
LOVINGTON, NM 88260-0158

MICO SERVICES, LLC
PULLING & SWABBING UNITS
PO BOX 147
LOVINGTON, NM 88260-0147

MID LEA COUNTY WATER LLC
PO BOX 1735
1324 MAIN STREET
EUNICE, NM 88231-1735

MID-WEST TRUCK CENTER INC.
801 N. MAIN STREET SITE Q
ANDREWS, TX 79714-4030

MONREAL OILTOOLS SERVICES
521 PRAIRIE GULCH DR
FORT WORTH, TX 76140-6511

MP Electric
362 Cross Meadow Court
Buda, TX 78610-9428

MUSTANG HOT SHOT
PO BOX 1514
ANDREWS, TX 79714-1514

Magma Resources, LLC
P.O. Box 237
Paoli, OK 73074-0237

Magnum Drilling Services, Inc.
PO BOX 4280
Palestine, TX 75802-4280

Man Welding Services Inc.
P.O. Box 1541
Lovington, NM 88260-1541

Mar Oil & Gas Corporation
21 Bisbee Ct
Suite H
Santa Fe, NM 87508-1338

Margaret Wilson
6012 Mt. Bonnell Cove
Austin, TX 78731-3515

Mark Ashley
806 W. Hermosa Dr
Artesia, NM 88210-2734

Mark Elson
605 Terrace Canyon
Dripping Springs, TX 78620-3953

Maxey Engineering, LLC
PO BOX 1361
Roswell, NM 88202-1361

McElroy, Sullivan & Miller LLP
P.O. Box 12127
Austin, TX 78711-2127

McIlroy Service Company
P.O. Box 6
Hobbs, NM 88241-0006

McJunkin Red Man Corporation
PO Box 676316
Dallas, TX 75267-6316

McKelvey Oil Reports LLC
32 Regency Square
Hobb, NM 88242-9774

McWilliams Well Analyzing LLC
1841 Cotton Avenue
Levelland, TX 79336-9485

Megadyne Services Corp
109 S E Ave
Kermit, TX 79745-3606

Meridian Pipe & Equipment
Company Inc
417 West 18th St Ste 102
Edmond, OK 73013-3692

Mesquite Services, Inc.
P.O. Drawer 1479
Carlsbad, NM 88221-1479

Michael Harton
Box 415
Tatum, NM 88267-0415

Mico Rentals, LLC
P.O. Box 128
Lovington, TX 88260-0128

Midland Map Company
P O Box 1229
Midland, TX 79702-1229

Miguel's Welding, Inc.
PO Box 394
Lovington, NM 88260-0394

Mike Jordan Company, LLC
6305 South Cliff Drive
Ft. Smith, AR 72903-4975

Mike's Engine Service Inc
P O Box 235
Lindsay, OK 73052-0235

Mills Well Service
PO Box 871
Seminole, OK 74818-0871

NESTLE WATERS NORTH AMERICA
PO BOX 856680
LOUISVILLE, KY 40285-6680

NEW-TEX RENTALS
PO BOX 3776
HOBBS, NM 88241-3776

NPC Engineering Group LLC
PO BOX 478
Van Buren, AR 72957-0478

NW OIL SERVICES, LLC
900 KASTRIN ST
EL PASO, TX 79907-1713

National Oilwell Varco LP
7909 PARKWOOD CIRCLE DRIVE
HOUSTON, TX 77036-6757

National Oilwell Varco LP
7909 Parkwood Circle Dr.
Bldg., #2
Houston, TX 77036-6757

Natl Petrochem
P.O. Box 1602
Ada, OK 74821-1602

Nave Oil & Gas LLC
4008 North Grimes #137
Hobbs, NM 88240-0903

Nelda Wells Spears
Travis County Tax Office
PO Box 149328
Austin, TX 78714-9328

Nelson Construction Co., LLC
P.O. Box 293
Elmore City, OK 73433-0293

New Mexico Comm of Public Land
P.O. Box 1148
Santa Fe, NM 87504-1148

New Mexico Taxation and
Revenue Department
P O Box 2308
Santa Fe, NM 87504-2308

Niraj Mehdiratta
360 Nueces #3607
Austin, TX 78701-4276

Nolan H Brunson Inc
PO Box 2390
Hobbs, NM 88241-2390

O-K Pump Partnership
P.O. Box 220
Ratliff City, OK 73481-0220

OILFIELD EQUIPMENT RENTAL, LLC
PO BOX 905
HOBBS, NM 88241-0905

OLD GLORY SERVICES LLC
319 COLEMAN RD.
CARLSBAD, NM 88220-8707

Ocotillo Environmental, LLC
P.O. Box 94661
Lubbock, TX 79493-4661

Office Depot
701 S Capital Hwy
Suite E500
Austin, TX 78746

Office Furniture NOW
113 Industrial Blvd
Bldg B
Austin, TX 78745-1270

Office of Natural Resources
Revenue
PO BOX 25627
Denver, CO 80225-0627

Oil & Gas Information Systems
6500 West Freeway
Suite 1020
Fort Worth, TX 76116-2173

Oil Dog Pipe Rentals
P.O. Box 4545
Midland, TX 79704-4545

Oil Dog Pipe Rentals, LP
c/o Katherine Thomas
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102-3194

Oil Dog Pipe Rentals, LP
c/o Stephanie Kaiser
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102-3194

Oil States Energy Services
1600 W. Highway 6, Ste. 418
Alvin, TX 77511

Oil States Energy Services
c/o Jason M. Rudd
Diamond McCarthy LLP
909 Fannin, 15th Floor
Houston, Texas 77010-1026

Oil and Gas Investor
PO Box 5801
Harlan, IA 51593-1301

Oilwell Cementers, Inc
PO Box 510
Healdton, OK 73438-0510

Oklahoma Secretary of State
2300 N Lincoln Blvd, Room 101
Oklahoma City, OK 73105-4897

(p)OKLAHOMA TAX COMMISSION
120 N ROBINSON
STE 2000W
OKLAHOMA CITY OK 73102-7801

Omega Treating Chemicals Inc
1900 King Street
Midland, TX 79701-2004

Onyx Contractors Operations LP
P. O. Box 60547
Midland, TX 79711-0547

PAR FIVE ENERGY SERVICES, LLC
PO BOX 993
ARTESIA, NM 88211-0993

PARKER ENERGY SUPPORT SERVICES
P.O. BOX 1957
EUNICE, NM 88231-1957

PATTERSON SERVICES, INC.
8032 MAIN ST.
HOUMA, LA 70360-4428

PAUL MUSSLEWHITE TRUCKING CO, LLC
P.O BOX 847
LEVELLAND, TX 79336-0847

PC Doctors
PO Box 9385
Austin, TX 78766-9385

PERFECTION WELDING SERVICES
3104 W. HIGHTOWER DR.
HOBBS, NM 88242-0708

PERMIAN POWER TONG, INC.
P.O. BOX 625
GARDENDALE, TX 79758-0625

PERMITS WEST, INC.
37 VERANO LOOP
SANTA FE, NM 87508-8351

PINNACLE PROPANE, LLC
PO BOX 140128
IRVING, TX 75014-0128

PLS Inc
PO BOX 4987
HOUSTON, TX 77210-4987

PONDEROSA TRUCKING, LLC
114 W. ADAMS
LOVINGTON, NM 88260-4010

PRECISION DRILLING COMPANY, LP
10350 RICHMOND AVE, SUITE 700
HOUSTON, TX 77042-4485

PROPETRO SERVICES, INC.
1706 SOUTH MIDKIFF ROAD
BUILDING B
MIDLAND, TX 79701-8845

PUBLIC STORAGE
08490-08490-AUSTIN/BEE CAVE RD
6726 BEE CAVE RD
AUSTIN, TX 78746-5006

Parks Pumping Service
17760 North County Rd 3200
Pauls Valley, OK 73075-8570

Pason Systems USA Corp.
16100 Table Mountain Parkway
Suite 100
Golden, CO 80403-1672

Patriot Pipe & Supply
321 North Main
Lovington, NM 88260-3608

Patterson Services, Inc. d/b/a Patterson Ren
c/o Carl Dore', Jr.
Dore' Law Group, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084-4927

Patterson Services,Inc. dba Patterson Rental
c/o Lori V. Graham
Dore' Law Group, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084-4927

Patterson-UTI Energy, Inc.
c/o Lars H. Fuller, Esq.
Baker & Hostetler LLP
303 E. 17th Avenue, Suite 1100
Denver, CO 80203-1264

Patton Boggs LLP
2550 M Street NW
Washington, DC 20037-1350

Payroll Solutions
P.O. Box 71
San Angelo, TX 76902-0071

Peak Completion Technologies
PO Box 5786
Midland, TX 79704-5786

Peak Pressure Control, LLC
2201 S County Rd. 1128
Midland, TX 79706-4873

People's Electric Cooperative
PO Box 429
Ada, OK 74821-0429

Permian Basin Land Associates
Associates Inc
4305 N Garfield Suite 231
Midland, TX 79705-4343

Permian Pump & Supply, Inc.
PO Box 12468
Odessa, TX 79768-2468

Permian Tank & Manufacturing
PO Box 4456
Odessa, TX 79760-4456

Permian Treating Chemicals Inc
P O Box 815
Tatum, NM 88267-0815

Petro Quest Acidizing LLC
P O Box 758
Wewoka, OK 74884-0758

Pinpoint Drilling &
Directional Services LLC
PO BOX 204093
Houston, TX 77216-4093

Pinpoint Drilling & Directional Services LLC
c/o Robert J. Taylor
Kane Russell Coleman & Logan PC
1601 Elm Street; Suite 3700
Dallas, TX 75201-7207

Piracle Inc
556 Confluence Ave
Murray, UT 84123-1385

Pitman Oil & Gas Co.
39702 E County Road 1630
Wynnewood, OK 73098-9137

Pradon Construction & Trucking
P.O. Box 14969
Odessa, TX 79768-4969

Precision Pump & Supply
PO Box 115
Loco Hills, NM 88255-0115

Prestige Equipment Rentals LLC
PO BOX 1745
Artesia, NM 88211-1745

ProPetro Services, Inc.
c/o David H. Smith
Davis, Gerald & Cremer
400 W. Illinois, Suite 1400
Midland, TX 79701-4310

ProPetro Services, Inc.
c/o David, Gerald, Cremer, P.C.
400 W. Illinois, Ste. 1400
P.O. Box 2796
Midland, TX 79702-2796

Production Specialty Services, Inc.
PO Box 3176
Midland, TX 79702-3176

Professional Directional Enterprises, Inc.
P.O. Box 677457
Dallas, TX 75267-7457

Professional Directional Enterprises, Inc.
c/o William R. Sudela
Crady, Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019-2125

Pueblo West Consulting Service
125 Greathouse Village
Decatur, TX 76234-1082

Pumping Unit Service Inc
P O Box 712
Lindsay, OK 73052-0712

Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

QUALITY TRANSPORT, INC.
7 CRAWFORD LN.
JAL, NM 88252-9730

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600

R2 R AND D LLC DBA SUPEROD
3408 E 11TH PL
BIG SPRING, TX 79720-3522

R360 ENVIRONMENTAL SOLUTIONS LLC
PO BOX 671798
Dallas, TX 75267-1798

RANDALL FORT, CPL
PETROLEUM & MINERALS LAND SRVC
9716 ADMIRAL EMERSON AVE., NE
ALBUQUERQUE, NM 87111-1318

RAPID TRANSPORT LTD.
1230 S. Hwy 18
PO Drawer L
Kermit, TX 79745-6011

REPUBLIC BACKHOE SERVICE, LLC
47 E DICKENS RD
LOVINGTON, NM 88260-8460

RGD Builders, Inc.
1812 Payton Gin Road
Suite 280
Austin, TX 78758-6458

RIDGWAY'S LLC
DBA ARC
PO BOX 740170
HOUSTON, TX 77274-0170

RIG DAWGS OILFIELD SERVICES, LLC
P.O BOX 1182
LOVINGTON, NM 88260-1182

RISING 7 LOGISTICS, LLC
P.O. Box 216
Andrews, TX 79714-0216

ROCK TOOL COMPANY
P.O BOX 1906
ODESSA, TX 79760-1906

ROD LIFT CONSULTING, LLC
714 ENTERPRISE DRIVE
EDMOND, OK 73013-3671

RODNEY CASH TAYLOR
DBA MESA VERDE CONTRACT PUMPING
PO BOX 687
HOBBS, NM 88241-0687

ROGERS PACKER, INC.
PO BOX 665
RANKIN, TX 79778-0665

ROSSES HOT SHOT & FORKLIFT SVC
4754 N. CYPRESS AVE
ODESSA, TX 79764-9373

ROTH STAFFING COMPANIES, LP
DEPT 8761
LOS ANGELES, CA 90084-8761

RSM McGladrey Inc
One Galleria Tower
13355 Noel Rd 8th Floor/LB 4
Dallas, TX 75240-1573

RTO Sales & Leasing, Inc.
6931 East Highway 80
Odessa, TX 79762-5483

Rachel Baldwin
1700 S 2nd St #B
Austin, TX 78704-3442

Rachel Reiter
6307 Maury Hollow
Austin, TX 78750-8257

Ramco Packers, Inc
PO Box 353
Blanchard, OK 73010-0353

Ranken Energy Corporation
417 W 18th Street Suite 101
Edmond, OK 73013-3692

Redbird LP Gas Co.
PO Box 1291
Eunice, NM 88231-1291

Rifle Tool Company, Inc.
P.O. Box 118
Ratliff City, OK 73481-0118

Rising Star Service LP
P O Box 61193
Midland, TX 79711-1193

Roadrunner Environmental Inc
PO Box 1238
Carlsbad, NM 88221-1238

Robert Pullen
1406 Camp Craft Road
Suite 106
Austin, TX 78746-6556

Robert Todd Graves, CPA, PLLC
13611 Lindsey Hill Lane
Cypress, TX 77429-4625

Robro Royalty Partners, Ltd.
PO Box 671028
Dallas, TX 75367-1028

Rockin Eight Service
P O Box 685
Lovington, NM 88260-0685

Ross Duncan Properties LLC
PO Box 647
Artesia, NM 88211-0647

Rotary Wireline Service Inc
P O Box 2735
Hobbs, NM 88241-2735

Rural Electric Cooperative Inc
PO Box 609
Lindsay, OK 73052-0609

S & H Tank Service Inc
P O Box 773
Lindsey, OK 73052-0773

S.B. WEED CONTROL
S.B. TRANSPORT
PO BOX 1502
CARLSBAD, NM 88221-1502

SANCHEZ ROUSTABOUT SERVICE
902 W. BIRCH
LOVINGTON, NM 88260-2512

SARGenterprises
921 Jicarilla St
Hobbs, NM 88240-0916

SECRETARY OF STATE JESSE WHITE
Department of Business Service
501 S 2nd Street Room 351
Springfield, IL 62756-0001


SHANKS MUDLOGGING
P.O. BOX 1179
CARLSBAD, NM 88221-1179

SHORES SENTRY L.L.C
714 Enterprise Drive
Edmond, OK 73013-3671

SIMPLEX ENERGY SOLUTIONS LLC
303 Veterans Airpark Lane
Suite 4107
Midland, TX 79705-4548


SKY OILFIELD SERVICES LLC
PO BOX 813
HOBBS, NM 88241-0813

SMITH INTERNATIONAL, INC.
A DIV OF SCHLUMBERGE
PO BOX 200760
DALLAS, TX 75320-0760

SNR Denton US LLP
2000 McKinney Ave Ste 1900
Dallas, TX 75201-1957


SPECTRA OILFIELD SERVICES, LLC
P.O. BOX 4283 DEPT 6027
HOUSTON, TX 77210-4283

SPL CONTROL LLC
PO BOX 627
ELMORE CITY, OK 73433-0627

SUNRISE TRUCKING LLC
3124 E. STANOLIND RD
HOBBS, NM 88240-8747


SWECO
PO BOX 15110
ODESSA, TX 79768-5110

Safety Plus USA, LLC
1091 Fletcher Rd
Sulphur, OK 73086-7718

Salta Pipe Co, Inc
PO Box 3879
Abilene, TX 79604-3879


Sam's Packers & Supply, LLC
P.O. Box 722833
Norman, OK 73070-9145

Santa Clara Inc.
PO BOX 10686
Midland, TX 79702-7686

Scarborough Enterprises, Inc.
P. O. Box 1588
Hobbs, NM 88241-1588


Schlumberger Technology Corp
P O Box 201556
Houston, TX 77216-1556

Schlumberger Technology Corporation
Attention: James M. Sczuldo
1325 South Dairy Ashford
Houston, TX 77077-2307

Schlumberger Technology Corporation
c/o Holly C. Hamm
Snow Spence Green LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019-7106


Schlumberger Technology Corporation
c/o Holly Hamm
Snow Spence Green LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019-7106

Schutz Abstract Co, Inc.
PO Box 973
Santa Fe, NM 87504-0973

Scientific Drilling Int'l, Inc
16701 Greenspoint Park Dr.
Suite 200
Houston, TX 77060-2314


Scott W Bolding
3630 Peregrine Falcon Dr
Austin, TX 78746-7460

Secretary of State
Department of Business Service
501 S 2nd Street
Springfield, IL 62756-5510

Selman & Associates, Ltd.
PO BOX 61150
Midland, TX 79711-1150


Shaner's Pump Jack Repair,LLC
PO Box 3087
Hobbs, NM 88241-3087

Shark Tester Pump Co
17527 N CR 3350
Stratford, OK 74872-7003

Shebester-Bechtel Inc
PO Box 311
Blackwell, OK 74631-0311

Shellie Murry
148 Hickory Lane
Elgin, TX 78621-5588

Sheryl's Rhodes
2800 Waymaker Way No 56
Austin, TX 78746-1850

Sheryl S. Rhodes
2800 Waymaker Way #56
Austin, TX 78746-1850


Slash 46 Inc
PO Box 1358
Loving, NM 88256-1358

Smith International, Inc.
Attention: James M. Sczudlo
c/o Schlumberger Technology Corporation
1325 South Dairy Ashford
Houston, TX 77077-2307

Smith International, Inc.
c/o Holly Hamm
Snow Spence Green LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019-7106


Snelgrooes Oil Co., Inc.
P.O. Box 631
Maysville, OK 73057-0631

Southern Wellhead Inc
Box 850141
Yukon, OK 73085-0141

Southwest Valve & Pump Service
P O Box 971
Tatum, NM 88267-0971


St Louis Well Servicing
Co Inc
P O Box 51
St Louis, OK 74866-0051

Stampede Energy Services, LLC
P.O. Box 662
Lindsay, OK 73052-0662

Standard Energy Services
PO Box 2724
Lubbock, TX 79408-2724


Stanford Surveying Company
P O Box 8490
Midland, TX 79708-8490

Staples, Inc.
500 Staples Drive
Framingham, MA 01702-4474

State of New Mexico
Oil Conservation Division
1220 S. St Francis Drive
Santa Fe, NM 87505-4226


(c)STEARNS, INC.
24 STATE HIGHWAY 508
CROSSROADS NM  88114-9012

Steel Co, Inc
PO Box 569
Paoli, OK 73074-0569

Stemcor AG
8505 Technology Forest Place
Suite 401
The Woodlands, TX 77381-1158


Stemcor AG
c/o Jay H. Dushkin
4615 Southwest Frwy., Ste.600
Houston, TX 77027-7142

Stone Oilfield Service, Inc.
PO Box 10
Lovington, NM 88260-0010

Sundance Services Inc
P O Box 1737
Eunice, NM 88231-1737


Surface Cable Services
P.O. Box 237
Paoli, OK 73074-0237

Sweatt Construction, Inc.
PO Box 827
Artesia, NM 88211-0827

T&S PETROLEUM CONSULTANTS
600 Fisk Ave Ste 124
Brownwood, TX 76801-2841


T&T Forklift Service, Inc.
P.O. Box 623
Lindsay, OK 73052-0623

T. SCOTT HICKMAN & ASSOC
505 NORTH BIG SPRING
SUITE 105
MIDLAND, TX 79701-4370

TARPON PIPE & SUPPLY
PO BOX 52002
MIDLAND, TX 79710-2002


(p)TELEDRIFT COMPANY
2930 W SAM HOUSTON PKWY N
SUITE 300
HOUSTON TX 77043-1636

TESCO CORPORATION (US)
3993 W. SAM HOUSTON PKWY. N.,
SUITE 100
HOUSTON, TX 77043-1238

TEXAS EZ MOVIN INC
BOX 2632
ODESSA, TX 79760-2632

TEXAS WORKFORCE COMMISSION
PO BOX 149037
AUSTIN, TX 78714-9037

TEXSTAR OILFIELD SERVICES, LLC
PO BOX 1508
LEVELLAND, TX 79336-1508

TFH, Ltd.
PO Box 132
Hobbs, NM 88241-0132


THE CAVINS CORPORATION
1800 BERING DR.
STE 825
HOUSTON, TX 77057-3415

THOMAS ENERGY SERVICES, LLC
THOMAS TOOLS,A SCHLUMBERGER CO
PO BOX 12134
NEW IBERIA, LA 70562-2134

THRU TUBING SOLUTIONS, INC.
PO BOX 910283
DALLAS, TX 75391-0283


THT Trucking LLC
P O Box 519
Lindsay, OK 73052-0519

TIME WARNER CABLE
PO BOX 60074
City of Industry, CA 91716-0074

TOTAL SAFETY U.S., INC.
PO BOX 974686
DALLAS, TX 75397-4686


TRC Rods Services of Texas Inc
P O Box 52787
Midland, TX 79710-2787

TRIPLE D RENTAL TOOLS, LLC
PO BOX 10167
MIDLAND, TX 79702-7167

TRIPLE J TRUCKING
PO BOX 3198
HOBBS, NM 882413198


TRIPOINT LLC
1250 WALL RD
BROUSSARD, LA 70518-8043

TRM LLC
PO BOX 730
6210 LOVINGTON HWY.
HOBBS, NM 88240-9118

TWILIGHT SERVICES, INC
PO BOX 7160
GRANBURY, TX 76049-0138


TWS, INC
PO BOX 488
Lovington, NM 88260-0488

TanMar Rentals LLC
PO BOX 1376
Eunice, LA 70535-1376

Tatum Backhoe Service LLC
P O Box 1068
Tatum, NM 88267-1068


Tech Field Services LLC
9421 FM 2920 Rd Bldg 25
Tomball, TX 77375-0034

Tetra Tech Inc
3475 E. Foothill Blvd.
Pasadena, CA 91107-6024

Texas Office Products
1300 E 5th Street
Austin, TX 78702-3800


Texas Wellhead Compression Inc
PO Box 51288
Midland, TX 79710-1288

The Artesia Lumber Co.
P.O. Box 5564
Midland, TX 79704-5564

The Colborn Company Inc
P O Box 329
Andrews, TX 79714-0329


The Supply House Inc
313 W Marland
Hobbs, NM 88240-6524

The Supply Store Inc
132445 Lovington Highway
Loco Hills, NM 88255

Thomas Energy Services LLC d/b/a Thomas Tool
c/o Holly C. Hamm, Snow Spence Green LLP
2929 Allen Parkway Suite 4100
Houston, Texas 77019-7106


Thomas Energy Services, LLC
c/o Phil F. Snow
Snow Spence Green LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019-7106

Thomas Energy Svcs LLC/Thomas Tools, Inc.
Attn: James M. Sczudlo
c/o Schlumberger Technology Corp.
1325 South Dairy Ashford
Houston, TX 77077-2307

Thomas Reprographics
P.O. Box 740967
Dallas, TX 75374-0967

Tiger of the North
Transportation, LLC
1614 N Gulf Street
Hobbs, NM 88240-3623

Titan Tanks & Vessels,LLC
PO Box 590
Gainesville, TX 76241-0590

Top-Co, Inc.
fka CaseTech International, Inc.
3443 N. Sam Houston Parkway
Houston, TX 77086-1483


Topographic Land Surveyors
6709 North Classen Blvd.
Oklahoma City, OK 73116-7308

Trans Pecos Trucking, LLP
PO BOX 3588
Odessa, TX 79760-3588

Tres Management Inc
7011 North Robinson
Oklahoma City, OK 73116-9044


Trident Steel Corporation
12825 Flushing Meadows Dr.
Suite 110
St Louis, MO 63131-1837

Triple 'H' Engine Service Inc
P O Box 565
Lovington, NM 88260-0565

Triple S Electric Inc
PO Box 1333
Hobbs, NM 88241-1333


Tucker Construction Company
P.O. Box 442
Lindsay, OK 73052-0442

ULTIMATE TRUCKING LLC
401 WEST AVE B
LOVINGTON, NM 88260-4313

ULTRA PREMIUM OILFIELD SVCS
10120 HOUSTON OAKS DR
HOUSTON, TX 77064-3514


UNIQUE Vacuum Service LLC
PO Box 1536
Lovington, NM 88260-1536

Ulterra Drilling Technologies
PO BOX 650092
Dallas, TX 75265-0092

United Casing Incorporated
8505 Technology Forest Place
Ste. 401
The Woodlands, TX 77381-1158


United Casing, Inc.
c/o Jay Dushkin
Law Offices of Jay Dushkin
4615 Southwest Freeway, Ste 600
Houston, Texas 77027-7142

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

United Vision Logistics, LLC
200 Corporate Blvd., Suite 104
Lafayette, LA 70508-3870


Universal Pressure Pumping Inc
4510 Lamesa Highway
Snyder, TX 79549

Unlimited Services LLC
602 W Harrison Ave
Lovington, NM 88260-2622

V & M TRUCKING
7502 N VALDEZ ST
HOBBS, NM 88242-9692


VASQUEZ TRUCKING INC.
1215 W AVE K
LOVINGTON, NM 88260-5041

VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108

VMJ OILFIELD SERVICE, INC
PO BOX 1912
LOVINGTON, NM 88260-1912


Velma Engine Sales & Supply
Box 212
Velma, OK 73491-0212

Victory Energy Services LLC
P O Box 3493
Hobbs, NM 88241-3493

Victory Park Capital Advisors, LLC et al
c/o Eric J. Taube
100 Congress Avenue #1800
Austin, Texas 78701-4042


Victory Park Resouces Corp.
1406 Camp Craft Road
Suite 106
Austin, TX 78746-6556

Vista Services LLC
PO Box 758
Eunice, NM 88231-0758

WALTON CONTRACTING LLC
803 SHOSHONE
TRINIDAD, CO 81082-2276

WARRIOR ENERGY SERVICES CORP.
DEPARTMENT 2114
P.O BOX 122114
DALLAS, TX 75312-2114

WATERS & WATERS SERVICES, INC
PO BOX 215
GOLDSMITH, TX 79741-0215

WESTERN PETROLEUM LLC-UNITED FUELS D&E
210 PARK AVENUE, SUITE 1800
OKLAHOMA CITY, OK 73102-5604


WESTERN REPAIR SERVICE
EMPIRE TUBING TONG
PO BOX 69078
ODESSA, TX 79769-0078

WILBANKS TRUCKING, INC.
PO BOX 1390
ARTESIA, NM 88211-1390

WINDMILL TRUCKING
21 W CROCKETT RD
LOVINGTON, NM 88260-8718


WadeCo Specialties, LLC
PO BOX 60634
Midland, TX 79711-0634

Washita Valley Enterprises Inc
P O Box 94160
Oklahoma City, OK 73143-4160

Watson Packer
600 North Big Spring Street
Midland, TX 79701-4329


Way West Welding LP
10150 West Dunn
Odessa, TX 79763-7027

Weatherford Completion Systems
11420 W Hwy 80
Midland, TX 79711

Weatherford U S LP
P O Box 200098
Houston, TX 77216-0098


Weldon's Roustabout & Pumping
P.O. Box 762
Lovington, NM 88260-0762

WellKeeper Inc
PO Box 122567
Dallas, TX 75312-2567

West Texas Oil Reports
PO Box 953
Midland, TX 79702-0953


West Texas Pump & Equipment
P.O. Box 216
Andrews, TX 79714-0216

Western Fuel Co LLC
PO Box 516
Maysville, OK 73057-0516

WhiteStar Oilfield
Services LLC
P O Box 689
Lindsay, OK 73052-0689


Wilbanks Trucking, Inc.
c/o James W. Brewer
P.O. Drawer 2800
El Paso, TX 79999-2800

Wilbanks Trucking, Inc.
c/o Kemp Smith LLP
Attn:  James W. Brewer
221 N. Kansas, Ste. 1700
El Paso, TX 79901-1401

Wilcox Pipe & Supply Co
PO Box 890074
Oklahoma City, OK 73189-0074


Wild Horse Energy Services
1905 Morgan way
Midland, TX 79705-7833

Wildcat Measurement Service
P.O. Box 1836
Artesia, NM 88211-1836

William & Carol Powell
11200 Ropers Avenue
Paoli, OK 73074-3320


Williamson Petro Consultants
3003 Veterans Air Park Lane
Suite 1100
Midland, TX 79705

Willis Oilfield Trucking, LLC
PO BOX 2407
Elk City, OK 73648-2407

Willis of Texas Inc
1001 ESE Loop 323
Suite 240
Tyler, TX 75701-9664


Young's Factory Built Homes
4830 Seminole Highway
Hobbs, NM 88240-8931

ZATTS ELECTRIC, LLC
P.O BOX 877
DENVER CITY, TX 79323-0877

ZNERGEN OPERATING, LLC
PO BOX 3611
BIG SPRING, TX 79721-3611

c/o Holly C. Hamm
Snow Spence Green LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019-7106

Brian John Smith
Patton Boggs LLP
2000 McKinney Ave.
Suite 1700
Dallas, TX 75201-2085

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dell Financial Services
Payment Processing Center
PO BOX 5292
Carol Stream, IL 60197-5292

EMS USA, INC
2000 BERING DRIVE, SUITE 600
HOUSTON, TX 77057

Oklahoma Tax Commission
Post Office Box 26860
Oklahoma City, OK 73126-0860

TELEDRIFT COMPANY
2930 WEST SAM HOUSTON PKWY N
SUITE 300
HOUSTON, TX 77043

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

David Bilbrey
HC 65 - Box 55
Crossroads, NM 88114

Stearns, Inc.
HC 65 Box 988
Crossoads, NM 88114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Akome, Inc.
PO BOX 2038
Hobbs, NM 88241-2038

(d)Lynn Boyer Inc
P O Box 1611
Ardmore, OK 73402-1611

(d)NEW-TEX RENTALS LLC
P.O BOX 3776
HOBBS, NM 88241-3776

(d)TEXAS EZ MOVIN INC.
PO BOX 2632
ODESSA, TX 79760-2632

(d)TWS, Inc.
PO Box 488
Lovington, NM 88260-0488

(d)VPR Operating LLC
1406 Camp Craft Road
Suite 106
Austin, TX 78746-6556

(u)Victory Park Capital Advisors, LLC
Victory Park Management, LLC
Victory Park Credit Opportunities, LP
Victory Park Credit Opportunities Interm
c/o Mark C. Taylor and Eric J. Taube

End of Label Matrix
Mailable recipients    601
Bypassed recipients      7
Total                  608