EXPLORNATION | PO Box 131420
Spring, TX 77393

p. 281.782.5332
f. 866-387-0999

rodney.giles@gmail.com

FILED
APR 18 2013
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

13-10599

April 15, 2013

Homer J. Thornberry Federal Judicial Bldg.
Attn: Honorable Tony M. Davis
903 San Jacinto Blvd., Suite 332
Austin, Texas 78701

Re: VPR Operating, LLC Case

Dear Mr. Davis,

Let this be known on the record that ExplorNation, Inc. and its wholly owned subsidiaries and affiliates would like to evaluate and make a offer on any or all the assets under VPR Operating, LLC or any of its subsidiaries or affiliates. We would like to pursue a stalking-horse bid if at all possible here in this case.

If a list of assets could be provided and delivered to us via e-mail or US mail, we could at that time submit a cash offer.

Sincerely yours,

Rodney D. Giles, President
ExplorNation, Inc.