IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VPR OPERATING, LLC | § | CASE NO.: 13-10599-tmd |
| | § | |
| Debtor. | § | |

### NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND REQUEST FOR ALL COPIES OF DOCUMENTS PURSUANT TO BANKRUPTCY RULES 2002, 3017 AND 9007

Pursuant to Bankruptcy Rule 9010(b), NW OIL SERVICES, LLC., party in interest in the above-referenced case, hereby enters its appearance and hereby requests that pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rules 2002, 3017 and 9007, NW OIL SERVICES, LLC., receive copies of all notices given or required to be given in this case and all papers served or required to be served in this case, at the office address and telephone number set forth herein.

Please take further notice that pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, proposed orders, conformed copies of orders, applications, complaints, demands, hearings, motions, reports, petitions, pleadings, or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise. Said copies shall be addressed to the following address:

THE LAW OFFICES OF
STEPHEN H. NICKEY, P.C.
1201 N. MESA, SUITE B
El Paso, Texas 79902
(915) 351-6900
Facsimile: 351-6901

Respectfully submitted,

THE LAW OFFICES OF
STEPHEN H. NICKEY, P.C.
1201 N. MESA, SUITE B
El Paso, Texas 79902
(915) 351-6900
Fax: (915) 351-6901

By: _____
Stephen H. Nickey
State Bar No. 15014225

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of April, 2013 a true and correct copy of the foregoing Motion was served by court enabled electronic service to all parties in interest registered with the U.S. Bankruptcy Court to receive electronic notices in this case.

_____
Stephen H. Nickey