UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| VPR OPERATING, LLC, *et al.*; | § | Case No. 13-10599 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

STIPULATION REGARDING EXTENSION OF
POSTPETITION FINANCING MATURITY DATE

WHEREAS, Pursuant to the *Final Order (A) Authorizing Use of Cash Collateral and Granting Adequate Protection; (B) Requiring Delivery of Cash Collateral; (C) Authorizing Debtors in Possession to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364; and (D) Granting Liens, Security Interests and Superpriority Claims* (the "DIP Order," Docket No. 232), the United States Bankruptcy Court for the Western District of Texas (the "Bankruptcy Court") authorized the above-captioned debtors (collectively, the "Debtors") to incur postpetition superpriority financing (such financing, the "DIP Loan") from lenders Delfinco, LP and Victory Park Credit Opportunities, LP (collectively, the "DIP Lenders").

WHEREAS, the initial terms of the DIP Loan provide that the DIP Loan will mature no later than August 30, 2013.

WHEREAS, the Debtors have requested a thirty-one (31) day extension of the DIP Loan's maturity date to provide the Debtors with additional time to restructure their business operations.

WHEREAS, the DIP Order provides that the DIP Lenders, through their agent, Victory Park Management, LLC (the "DIP Agent"), may extend the DIP Loan's maturity date at any

time in their sole discretion, and may enter into non-material modifications to the DIP Loan without further order of the Bankruptcy Court.

**WHEREAS**, the DIP Lenders and DIP Agent, after due deliberation, have agreed to extend the DIP Loan's maturity date by an additional thirty-one (31) days as requested by the Debtors.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. The recitals above are true and correct and incorporated fully herein by reference.

2. The maturity date of the DIP Loan shall be extended by thirty-one (31) days, to September 30, 2013.

3. Except as expressly provided herein, the terms of the DIP Loan and DIP Order remain in full force and effect and enforceable in all respects, including, without limitation, with respect to any rights and remedies available to the DIP Lenders and DIP Agent.

[Remainder of page intentionally left blank. Signature pages follow]

Dated: August 30, 2013

/s/ Robert W. Jones
Robert W. Jones
robert.jones@hklaw.com
Brent R. McIlwain
brent.mcilwain@hklaw.com
Brian Smith
brian.smith@hklaw.com
HOLLAND & KNIGHT LLP
300 Crescent Court, Suite 1100
Dallas, TX 75201
Telephone: (214) 964-9500
Facsimile: (214) 964-9501

*Counsel for Debtors and Debtors in Possession VPR Corp., VPR Operating, LLC, VPR (NM), LLC, and VPR (OK), LLC*

**Stipulation Regarding Extension of Postpetition Financing Maturity Date**

Dated: August 30, 2013

/s/ Mark C. Taylor
Eric J. Taube
State Bar No. 19679350
Mark C. Taylor
State Bar No. 19713225
HOHMANN, TAUBE & SUMMERS, L.L.P.
100 Congress Avenue, 18th Floor
Austin, TX 78701
Telephone: 512/472-5997
Telecopier: 512/472-5248

*Counsel for Victory Park Management, LLC Administrative and Collateral Agent for the DIP Lenders*

Seen and Agreed

Dated: August 30, 2013

/s/ John T. Carroll, III
John T. Carroll, III
COZEN O'CONNOR
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2028
Facsimile: (302) 295-2013

*Counsel for DIP Lender Delfinco, LP*

**Stipulation Regarding Extension of Postpetition Financing Maturity Date**

Seen and Agreed

Dated: August 30, 2013

/s/ Mark C. Taylor
Eric J. Taube
State Bar No. 19679350
Mark C. Taylor
State Bar No. 19713225
HOHMANN, TAUBE & SUMMERS, L.L.P.
100 Congress Avenue, 18th Floor
Austin, TX 78701
Telephone: 512/472-5997
Telecopier: 512/472-5248

*Counsel for DIP Lender*
*Victory Park Credit Opportunities, LP*

**Stipulation Regarding Extension of Postpetition Financing Maturity Date**

## CERTIFICATE OF SERVICE

I certify that on August 30, 2013, a copy of the foregoing document was served by (i) the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas, and (ii) via e-mail or first class mail to those parties listed, and as indicated, on the attached Master Service List.

                                                               */s/ Brian Smith*
                                                               Brian Smith

**Stipulation Regarding Extension of Postpetition Financing Maturity Date**

**In re: VPR Operating, LLC, et al.: Master Service List as of August 30, 2013**

| **Debtors and their Counsel** | | |
|---|---|---|
| In re VPR Operating, LLC, et al.<br>c/o William Patterson, CRO<br>1406 Camp Craft Road, Suite 106<br>Austin, TX 78746 | Holland & Knight LLP<br>c/o Robert W. Jones &<br>Brent McIlwain<br>300 Crescent Court, Suite 1100<br>Dallas, TX 75201<br>Fax: (214) 964-9501<br>Email:brent.mcilwain@hklaw.com<br>(via email) | |
| **Prepetition Secured Lenders and Counsel** | | |
| Delfinco, LP<br>510 Feheley Drive<br>King of Prussia, PA 19406 | Cozen O'Connor<br>c/o John T. Carroll, III<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>Fax: (302) 295-2013<br>Email: jcarroll@cozen.com<br>(via email) | |
| Victory Park Credit Opportunities, LP<br>Attn: Scott R. Zemnick<br>227 W. Monroe Street, Suite 3900<br>Chicago, IL 60606 | Hohmann,Taube & Summers, L.L.P.<br>c/o Eric J. Taube<br>100 Congress Ave, 18th Floor<br>Austin, TX 78791<br>Fax: (512) 472-5248<br>Email: erict@hts-law.com<br>(via email) | Hohmann,Taube & Summers, L.L.P.<br>c/o Mark C. Taylor<br>100 Congress Ave, 18th Floor<br>Austin, TX 78791<br>Fax: (512) 472-5248<br>Email: markt@hts-law.com<br>(via email) |
| **DIP Lenders and Counsel** | | |
| Delfinco, LP<br>510 Feheley Drive<br>King of Prussia, PA 19406 | Cozen O'Connor<br>c/o John T. Carroll, III<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>Fax: (302) 295-2013<br>Email: jcarroll@cozen.com<br>(via email) | |
| Victory Park Credit Opportunities, LP, et al.<br>Attn: Scott R. Zemnick<br>227 W. Monroe Street, Suite 3900<br>Chicago, IL 60606 | Hohmann,Taube & Summers, L.L.P.<br>c/o Eric J. Taube<br>100 Congress Ave, 18th Floor<br>Austin, TX 78791<br>Fax: (512) 472-5248<br>Email: erict@hts-law.com<br>(via email) | |
| **Office of the United States Trustee** | | |
| United States Trustee<br>903 San Jacinto, Suite 230<br>Austin, TX 78701<br>Deborah.a.bynum@usdoj.gov<br>(via email) | | |
| **Official Committee of Creditors** | | |
| Husch Blackwell L.L.P.<br>c/o Stephen W. Lemmon<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701<br>Fax: (512) 479-1101<br>Email: stephen.lemmon@huschblackwell.com<br>(via email) | Husch Blackwell L.L.P.<br>c/o Kell C. Mercer<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701<br>Fax: (512) 479-1101<br>Email: kell.mercer@huschblackwell.com<br>(via email) | |

**In re: VPR Operating, LLC, et al.: Master Service List as of August 30, 2013**

| Consolidated Twenty Largest Unsecured Creditors | | |
|---|---|---|
| Pinpoint Drilling & Directional Services LLC<br>c/o Robert J. Taylor<br>3700 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201<br>Email: rtaylor@krcl.com<br>(via email) | Universal Pressure Pumping Inc<br>4510 Lamesa Highway<br>Snyder, TX 79549<br>Phone: 432-221-7027<br>(via first class mail) | PROPETRO SERVICES, INC.<br>c/o Michael G. Kelly<br>Kelly, Morgan, Dennis, Corzine & Hansen, P.C.<br>P.O. Box 1311<br>Odessa, TX 79760<br>Email: mkelly@kmdfirm.com<br>(via email) |
| Stemcor AG<br>c/o Jay H. Dushkin<br>4615 Southwest Freeway, Suite 600<br>Houston, TX 77027<br>Email: jay@jaydushkin.com<br>(via email) | Professional Directional Enterprises, Inc.<br>c/o William R. Sudela<br>2727 Allen Parkway, Suite 1700<br>Houston, TX 77019<br>Fax: (713) 739-7007<br>Email: wsudela@cjmlaw.com<br>Email: dlong@cjmlaw.com<br>Email: eharris@cjmlaw.com<br>Email: samarmon@cjmlaw.com<br>(via email) | NW OIL SERVICES, LLC<br>c/o Stephen H. Nickey<br>1201 N. Mesa, Suite B<br>El Paso, TX 79902<br>Fax: (915) 351-6901<br>Email: snickey@nickeylaw.com<br>(via email) |
| TESCO CORPORATION (US)<br>3993 W. SAM HOUSTON PKWY. N.,<br>SUITE 100<br>HOUSTON, TX 77043<br>Phone: 713-849-5900<br>Fax: 713-359-7001<br>(via first class mail) | TanMar Rentals LLC<br>c/o Craig H. Cavalier<br>P.O. Box 270565<br>Houston, TX 77277<br>Fax: (713) 621-4779<br>Email: ccavalier@cavalierlaw.com<br>(via email) | Oil States Energy Services<br>c/o Jason M. Rudd<br>c/o Charles M. Rubio<br>909 Fannin, Suite 1500<br>Houston, TX 77010<br>Email: jrudd@diamondmccarthy.com<br>Email: crubio@diamondmccarthy.com<br>(via email) |
| PAR FIVE ENERGY SERVICES, LLCPO BOX 993ARTESIA, NM 88211<br>Phone: 575-748-1288<br>Fax: 575-748-9029<br>Email: jbrewer@kempsmith.com<br>(via email) | Tiger of the North Transportation, LLC<br>1614 N Gulf Street<br>Hobbs, NM 88240<br>Phone: 575-393-9917<br>Fax: 575-397-0048<br>(via first class mail) | The Artesia Lumber Co.<br>P.O. Box 5564<br>Midland, TX 79704<br>Phone: 432-682-7422<br>Fax: 432-682-6233<br>(via first class mail) |
| Gandy Corporation<br>c/o Louis Puccini, Jr.<br>P.O. Box 50700<br>Albuquerque, NM 87181<br>Email: puccinilaw@puccinilaw.com<br>(via email) | Oil Dog Pipe Rentals<br>c/o Stephanie Kaiser<br>Kelly Hart & Hallman LLP<br>201 Main St., Suite 2500<br>Fort Worth, TX 76102<br>Email:<br>Stephanie.kaiser@kellyhart.com<br>katherine.thomas@kellyhart.com<br>(via email) | EMS USA, INC<br>2000 BERING DRIVE, SUITE 600<br>HOUSTON, TX 77057<br>Phone: 713-595-7600<br>Fax: 281-998-0303<br>(via first class mail) |
| PATTERSON SERVICES, INC.<br>8032 MAIN ST.<br>HOUMA, LA 70360<br>Phone: 985-851-5541<br>Fax: 855-291-0926<br>(via first class mail) | Choice Oilfield Service<br>P O Box 337<br>Lovington, NM 88260<br>Phone: 575-396-3428<br>Fax: 575-396-0155<br>Email: evelyn_jordan69@yahoo.com<br>(via email) | DE LA SIERRA TRUCKING INC.<br>3116 ROSE ROAD<br>HOBBS, NM 88242<br>Phone: 5057380972<br>Fax: 575-738-0973<br>(via first class mail) |

**In re: VPR Operating, LLC, et al.: Master Service List as of August 30, 2013**

| | | |
|---|---|---|
| EUNICE WELL SERVICING, INC<br>PO BOX 1500<br>HOBBS, NM 88241<br>Phone: 575-393-9898<br>Fax: 573-393-9889<br>(via first class mail) | ABC Rental Tool Co.<br>DBA CAVALOZ ENERGY INC.<br>P.O. Box 1500<br>Hobbs, NM 88241<br>Phone: 505-394-3155<br>Fax: 575-394-2407<br>(via first class mail) | |
| **Governmental Agencies** | | |
| Internal Revenue Service<br>Special Procedures Staff –<br>Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101<br>(via first class mail) | United States Attorney<br>601 N.W. Loop 410, Suite 600<br>San Antonio, TX 78216<br>(via first class mail) | United States Attorney<br>Dept of Justice<br>950 Pennsylvania Ave, N.W.<br>Washington, DC 20530<br>(via first class mail) |
| Oklahoma Corporation Commission<br>Jim Thorpe Building<br>2101 N. Lincoln<br>Oklahoma City, OK 73105<br>Fax: 405-521-4150<br>(via first class mail) | New Mexico Oil Conservation<br>Division<br>1220 S. St. Francis Drive<br>Santa Fe, NM 87505<br>Fax: 505-476-3462<br>(via first class mail) | |
| **Notices of Appearance & Other Parties Receiving Notice** | | |
| | Doré Law Group, P.C.<br>c/o Carl Doré, Jr.<br>17171 Park Row, Suite 160<br>Houston, TX 77084<br>Fax: (281) 200-0751<br>Email: carl@dorelawgroup.net<br>Email: lori@dorelawgroup.net<br>(via email) | Kane Russell Coleman & Logan PC<br>3700 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201<br>Email: rtaylor@krcl.com<br>(via email) |
| Crady, Jewett & McCulley, LLP<br>c/o William R. Sudela<br>2727 Allen Parkway, Suite 1700<br>Houston, TX 77019<br>Fax: (713) 739-7007<br>Email: wsudela@cjmlaw.com<br>Email: dlong@cjmlaw.com<br>Email: eharris@cjmlaw.com<br>Email: samarmon@cjmlaw.com<br>(via email) | Snow Spence Green LLP<br>c/o Phil F. Snow<br>c/o Holly Hamm<br>2929 Allen Parkway, Suite 4100<br>Houston, TX 77019<br>Fax: (713) 335-4848<br>Email: philsnow@snowspencelaw.com<br>Email: hollyhamm@snowspencelaw.com<br>(via email) | Kemp Smith LLP<br>c/o James W. Brewer<br>P.O. Drawer 2800<br>El Paso, TX 79999-2800<br>Fax: (915) 546-5360<br>Email: jbrewer@kempsmith.com<br>(via email) |
| Baker Hughes Oilfield Operations, Inc.<br>Attn: Christopher J. Ryan<br>P.O. Box 4740<br>Houston, TX 77210<br>(via first class mail) | Smith International, Inc.<br>Attn: James M. Sczudlo<br>c/o Schlumberger Technology Corp.<br>1325 South Dairy Ashford<br>Houston, TX 77077<br>(via first class mail) | Schlumberger Technology Corp.<br>Attn: James M. Sczudlo<br>1325 South Dairy Ashford<br>Houston, TX 77077<br>(via first class mail) |

**In re: VPR Operating, LLC, et al.: Master Service List as of August 30, 2013**

| | | |
|---|---|---|
| Baker & Hostetler LLP<br>c/o Lars H. Fuller<br>303 E. 17th Ave, No 1100<br>Denver, CO 80203<br>Email: lfuller@bakerlaw.com<br>(via email) | Thomas Energy Services LLC<br>Attn: James M. Sczudlo<br>c/o Schlumberger Technology Corp.<br>1325 South Dairy Ashford<br>Houston, TX 77077<br>(via first class mail) | Travis County Tax Assessor<br>c/o Kay D. Brock<br>P.O. Box 1748<br>Austin, TX 78767<br>Fax: (512) 854-4808<br>Email: kay.brock@co.travis.tx.us<br>(via email) |
| Sundance Services, Inc.<br>c/o C. Ashley Ellis<br>Wright Ginsberg Brusilow P.C.<br>14755 Preston Road, Suite 600<br>Dallas, TX 75254<br>Fax: (972) 239-0138<br>Email: bankruptcy@wgblawfirm.com<br>(via email) | J&W Services and Equipment<br>c/o Angelia B. Lee<br>Craig Terrill Hale & Grantham LLP<br>9816 Slide Road, Suite 201<br>Lubbock, TX 79424<br>Fax: (806) 744-2211<br>Email: angelia@cthglawfirm.com<br>(via email) | Ulterra Drilling Technologies, L.P.<br>c/o Mark W. Stout<br>Padfield & Stout, LLP<br>777 Main Street, Suite 1920<br>Fort Worth, TX 76102<br>Fax: (817) 338-1610<br>Email: ms@livepad.com<br>(via email) |
| Shanks Logging, LLC<br>c/o Robin M. Green<br>Richards, Elder & Green, L.L.P.<br>P.O. Box 64657<br>Lubbock, TX 79464-4657<br>Tel: (806) 798-8868<br>Fax: (806) 798-8878<br>Email: rgreen@regllp.com<br>Email: dgaray@regllp.colm<br>(via email) | Onyx Contractors Operations, LP<br>c/o Amber L. Jones<br>Atkins, Hollman, Jones, Peacock, Lewis & Lyon<br>3800 E. 42nd Street, Suite 500<br>Odessa, TX 79762<br>Email: ajames@odessalawfirm.com<br>(via email) | Heidel Samberson, Newell, Cox & McMahon<br>c/o Michael Newell<br>PO Box 1599<br>Lovington, NM 88260<br>Email: hsncmtn@leaco.net<br>(via email) |
| Barron & Newberger, P.C.<br>c/o Stephen W. Sather<br>1212 Guadalupe Street, Suite 104<br>Austin, TX 78701<br>Email: ssather@bn-lawyers.com<br>Email: rlevins@bn-lawyers.com<br>(via email) | Law Offices of Dana A. Ehrlich<br>c/o Dana A. Ehrlich<br>P.O. Box 1831<br>San Angelo, TX 76902<br>Email: dana@wcc.net<br>Email: danaehrlichlawoffice@yahoo.com<br>(via email) | Gardere Wynne Sewell LLP<br>c/o Rachael L. Smiley<br>1601 Elm Street, Suite 3000<br>Dallas, TX 75201<br>Email: druckman@gardere.com<br>Email: rsmiley@gardere.com<br>(via email) |
| Robert W. Bollar<br>United Fuel & Energy<br>1800 W. Katella Ave, Suite 400<br>Orange, CA 92867<br>Email: bollarr@scfuels.com<br>(via email) | Angela N. Offerman<br>Kane Russell Coleman & Logan P.C.<br>919 Milam, Suite 2200<br>Houston, TX 77002<br>mridulfo@krcl.com<br>aofferman@krcl.com<br>(via email) | Oilfield Equipment Rental, LLC<br>PO Box 905<br>Hobbs, NM 88241<br>Email: nfuller@oerllc.com<br>(via email) |
| Michelle K. Ostrye<br>Sutin, Thayer & Browne<br>PO Box 1945<br>Albuquerque, NM 87103-1945<br>Email: mko@sutinfirm.com<br>(via email) | Russell W. Mills<br>Hiersche, Hayward, Drakeley & Urbach, P.C.<br>15303 Dallas Parkway, Suite 700<br>Addison, TX 75001<br>rmills@hhdulaw.com<br>(via email) | |