**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| VPR OPERATING, LLC, *et al.*; | § | Case No. 13-10599 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

## NOTICE OF AMENDED SALE PROCEDURES AND SALE TIMETABLE

**PLEASE TAKE NOTICE** that on July 23, 2013, the Court entered its *Order Approving (A) Sale Procedures, (B) the Form and Manner of Notice of (i) the Sale of Certain Assets and (ii) the Assumption and Assignment of Certain Executory Agreements and Granting Related Relief* (the "Sale Procedures Order,"[1] ECF No. 292).  Among other things, the Sale Procedures Order established certain deadlines for (x) designating one or more Stalking Horse Bidders to purchase substantially all of the above-captioned Debtors' Assets; (y) conducting an Auction of the Debtors' Assets; and (z) scheduling a hearing to approve the Debtors' proposed Asset sales.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sale Procedures Order, the Debtors, after consultation with the Committee and their DIP Lenders, are permitted to modify the procedures and deadlines set forth in the Sale Procedures Order to further the best interests of their estates.

**PLEASE TAKE FURTHER NOTICE** that, following consultation with the Committee and DIP Lenders, the Debtors have decided to modify certain of the Sale Procedures Order

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Sale Procedures Order.

deadlines. The modified timeline for conducting the Debtors' Asset sales will proceed as follows:

| | |
|---|---|
| **Deadline to Designate Stalking Horse Bidders:** | **September 9, 2013** |
| **Auction Date and Time:** | **September 16, 2013 at 1:00 p.m. (central)**<br><br>Offices of Husch Blackwell, LLP,<br>111 Congress Avenue, Suite 1400,<br>Austin, TX 78701 |
| **Sale Hearing Date to Approve the Debtors' Proposed Asset Sales (deadline unchanged):** | **September 17, 2013 at 9:00 a.m. (central)** |

Dated: September 6, 2013

Respectfully submitted,

*/s/ Brian Smith*
Robert W. Jones
rwjones@pattonboggs.com
Brent R. McIlwain
bmcilwain@pattonboggs.com
Brian Smith
bsmith@pattonboggs.com
PATTON BOGGS LLP
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201
Telephone:    (214) 758-1500
Facsimile:    (214) 758-1550

Counsel for the
Debtors and Debtors in Possession

**CERTIFICATE OF SERVICE**

I certify that on September 6, 2013, a copy of the foregoing document was served by (i) the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas, and (ii) via facsimile, e-mail, or first class mail to those parties listed, and as indicated, on the attached proposed Master Service List.

 */s/ Brian Smith*
Brian Smith

**In re: VPR Operating, LLC, et al.:  Master Service List as of September 6, 2013**

| | | |
|---|---|---|
| **Debtors and their Counsel** | | |
| In re VPR Operating, LLC, et al. c/o William Patterson, CRO 1406 Camp Craft Road, Suite 106 Austin, TX 78746 | Holland & Knight LLP c/o Robert W. Jones & Brent McIlwain 300 Crescent Court, Suite 1100 Dallas, TX 75201 Fax:  (214) 964-9501 Email: brent.mcilwain@hklaw.com (via email) | |
| **Prepetition Secured Lenders and Counsel** | | |
| Delfinco, LP 510 Feheley Drive King of Prussia, PA 19406 | Cozen O'Connor c/o John T. Carroll, III 1201 N. Market Street, Suite 1001 Wilmington, DE 19801 Fax:  (302) 295-2013 Email:  jcarroll@cozen.com (via email) | |
| Victory Park Credit Opportunities, LP Attn:  Scott R. Zemnick 227 W. Monroe Street, Suite 3900 Chicago, IL 60606 | Hohmann,Taube & Summers, L.L.P. c/o Eric J. Taube 100 Congress Ave, 18th Floor Austin, TX 78791 Fax:  (512) 472-5248 Email:  erict@hts-law.com (via email) | Hohmann,Taube & Summers, L.L.P. c/o Mark C. Taylor 100 Congress Ave, 18th Floor Austin, TX 78791 Fax:  (512) 472-5248 Email:  markt@hts-law.com (via email) |
| **DIP Lenders and Counsel** | | |
| Delfinco, LP 510 Feheley Drive King of Prussia, PA 19406 | Cozen O'Connor c/o John T. Carroll, III 1201 N. Market Street, Suite 1001 Wilmington, DE 19801 Fax:  (302) 295-2013 Email:  jcarroll@cozen.com (via email) | |
| Victory Park Credit Opportunities, LP, et al. Attn:  Scott R. Zemnick 227 W. Monroe Street, Suite 3900 Chicago, IL 60606 | Hohmann,Taube & Summers, L.L.P. c/o Eric J. Taube 100 Congress Ave, 18th Floor Austin, TX 78791 Fax:  (512) 472-5248 Email:  erict@hts-law.com (via email) | |
| **Office of the United States Trustee** | | |
| United States Trustee 903 San Jacinto, Suite 230 Austin, TX 78701 Deborah.a.bynum@usdoj.gov (via email) | | |
| **Official Committee of Creditors** | | |
| Husch Blackwell L.L.P. c/o Stephen W. Lemmon 111 Congress Avenue, Suite 1400 Austin, TX 78701 Fax:  (512) 479-1101 Email: stephen.lemmon@huschblackwell.com (via email) | Husch Blackwell L.L.P. c/o Kell C. Mercer 111 Congress Avenue, Suite 1400 Austin, TX 78701 Fax:  (512) 479-1101 Email: kell.mercer@huschblackwell.com (via email) | |

**In re: VPR Operating, LLC, et al.:  Master Service List as of September 6, 2013**

| Consolidated Twenty Largest Unsecured Creditors | | |
|---|---|---|
| Pinpoint Drilling & Directional Services LLC c/o Robert J. Taylor 3700 Thanksgiving Tower 1601 Elm Street Dallas, TX 75201 Email: rtaylor@krcl.com (via email) | Universal Pressure Pumping Inc 4510 Lamesa Highway Snyder, TX 79549 Phone: 432-221-7027 (via first class mail) | PROPETRO SERVICES, INC. c/o Michael G. Kelly Kelly, Morgan, Dennis, Corzine & Hansen, P.C. P.O. Box 1311 Odessa, TX 79760 Email: mkelly@kmdfirm.com (via email) |
| Stemcor AG c/o Jay H. Dushkin 4615 Southwest Freeway, Suite 600 Houston, TX 77027 Email: jay@jaydushkin.com (via email) | Professional Directional Enterprises, Inc. c/o William R. Sudela 2727 Allen Parkway, Suite 1700 Houston, TX 77019 Fax:  (713) 739-7007 Email: wsudela@cjmlaw.com Email: dlong@cjmlaw.com Email: eharris@cjmlaw.com Email: samarmon@cjmlaw.com (via email) | NW OIL SERVICES, LLC c/o Stephen H. Nickey 1201 N. Mesa, Suite B El Paso, TX 79902 Fax:  (915) 351-6901 Email: snickey@nickeylaw.com (via email) |
| TESCO CORPORATION (US) 3993 W. SAM HOUSTON PKWY. N., SUITE 100 HOUSTON, TX 77043 Phone: 713-849-5900 Fax: 713-359-7001 (via first class mail) | TanMar Rentals LLC c/o Craig H. Cavalier P.O. Box 270565 Houston, TX 77277 Fax:  (713) 621-4779 Email: ccavalier@cavalierlaw.com (via email) | Oil States Energy Services c/o Jason M. Rudd c/o Charles M. Rubio 909 Fannin, Suite 1500 Houston, TX 77010 Email: jrudd@diamondmccarthy.com Email: crubio@diamondmccarthy.com (via email) |
| PAR FIVE ENERGY SERVICES, LLCPO BOX 993ARTESIA, NM 88211 Phone: 575-748-1288 Fax: 575-748-9029 Email: jbrewer@kempsmith.com (via email) | Tiger of the North Transportation, LLC 1614 N Gulf Street Hobbs, NM 88240 Phone: 575-393-9917 Fax: 575-397-0048 (via first class mail) | The Artesia Lumber Co. P.O. Box 5564 Midland, TX 79704 Phone: 432-682-7422 Fax: 432-682-6233 (via first class mail) |
| Gandy Corporation c/o Louis Puccini, Jr. P.O. Box 50700 Albuquerque, NM 87181 Email:  puccinilaw@puccinilaw.com (via email) | Oil Dog Pipe Rentals c/o Stephanie Kaiser Kelly Hart & Hallman LLP 201 Main St., Suite 2500 Fort Worth, TX 76102 Email: Stephanie.kaiser@kellyhart.com katherine.thomas@kellyhart.com (via email) | EMS USA, INC 2000 BERING DRIVE, SUITE 600 HOUSTON, TX 77057 Phone: 713-595-7600 Fax: 281-998-0303 (via first class mail) |
| PATTERSON SERVICES, INC. 8032 MAIN ST. HOUMA, LA 70360 Phone: 985-851-5541 Fax: 855-291-0926 (via first class mail) | Choice Oilfield Service P O Box 337 Lovington, NM 88260 Phone: 575-396-3428 Fax: 575-396-0155 Email:  evelyn_jordan69@yahoo.com (via email) | DE LA SIERRA TRUCKING INC. 3116 ROSE ROAD HOBBS, NM 88242 Phone: 5057380972 Fax: 575-738-0973 (via first class mail) |

**In re: VPR Operating, LLC, et al.:  Master Service List as of September 6, 2013**

| | | |
|---|---|---|
| EUNICE WELL SERVICING, INC<br>PO BOX 1500<br>HOBBS, NM 88241<br>Phone: 575-393-9898<br>Fax: 573-393-9889<br>(via first class mail) | ABC Rental Tool Co.<br>DBA CAVALOZ ENERGY INC.<br>P.O. Box 1500<br>Hobbs, NM 88241<br>Phone: 505-394-3155<br>Fax: 575-394-2407<br>(via first class mail) | |
| **Governmental Agencies** | | |
| Internal Revenue Service<br>Special Procedures Staff –<br>Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101<br>(via first class mail) | United States Attorney<br>601 N.W. Loop 410, Suite 600<br>San Antonio, TX 78216<br>(via first class mail) | United States Attorney<br>Dept of Justice<br>950 Pennsylvania Ave, N.W.<br>Washington, DC 20530<br>(via first class mail) |
| Oklahoma Corporation Commission<br>Jim Thorpe Building<br>2101 N. Lincoln<br>Oklahoma City, OK 73105<br>Fax:  405-521-4150<br>(via first class mail) | New Mexico Oil Conservation<br>Division<br>1220 S. St. Francis Drive<br>Santa Fe, NM 87505<br>Fax:  505-476-3462<br>(via first class mail) | |
| **Notices of Appearance & Other Parties Receiving Notice** | | |
| | Doré Law Group, P.C.<br>c/o Carl Doré, Jr.<br>17171 Park Row, Suite 160<br>Houston, TX 77084<br>Fax:  (281) 200-0751<br>Email:  carl@dorelawgroup.net<br>Email:  lori@dorelawgroup.net<br>(via email) | Kane Russell Coleman & Logan PC<br>3700 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201<br>Email:  rtaylor@krcl.com<br>(via email) |
| Crady, Jewett & McCulley, LLP<br>c/o William R. Sudela<br>2727 Allen Parkway, Suite 1700<br>Houston, TX 77019<br>Fax:  (713) 739-7007<br>Email: wsudela@cjmlaw.com<br>Email: dlong@cjmlaw.com<br>Email: eharris@cjmlaw.com<br>Email: samarmon@cjmlaw.com<br>(via email) | Snow Spence Green LLP<br>c/o Phil F. Snow<br>c/o Holly Hamm<br>2929 Allen Parkway, Suite 4100<br>Houston, TX 77019<br>Fax:  (713) 335-4848<br>Email:<br>philsnow@snowspencelaw.com<br>Email:<br>hollyhamm@snowspencelaw.com<br>(via email) | Kemp Smith LLP<br>c/o James W. Brewer<br>P.O. Drawer 2800<br>El Paso, TX 79999-2800<br>Fax:  (915) 546-5360<br>Email:  jbrewer@kempsmith.com<br>(via email) |
| Baker Hughes Oilfield Operations,<br>Inc.<br>Attn: Christopher J. Ryan<br>P.O. Box 4740<br>Houston, TX 77210<br>(via first class mail) | Smith International, Inc.<br>Attn:  James M. Sczudlo<br>c/o Schlumberger Technology Corp.<br>1325 South Dairy Ashford<br>Houston, TX 77077<br>(via first class mail) | Schlumberger Technology Corp.<br>Attn:  James M. Sczudlo<br>1325 South Dairy Ashford<br>Houston, TX 77077<br>(via first class mail) |

**In re: VPR Operating, LLC, et al.:  Master Service List as of September 6, 2013**

| | | |
|---|---|---|
| Baker & Hostetler LLP<br>c/o Lars H. Fuller<br>303 E. 17th Ave, No 1100<br>Denver, CO 80203<br>Email:  lfuller@bakerlaw.com<br>(via email) | Thomas Energy Services LLC<br>Attn:  James M. Sczudlo<br>c/o Schlumberger Technology Corp.<br>1325 South Dairy Ashford<br>Houston, TX 77077<br>(via first class mail) | Travis County Tax Assessor<br>c/o Kay D. Brock<br>P.O. Box 1748<br>Austin, TX 78767<br>Fax:  (512) 854-4808<br>Email:  kay.brock@co.travis.tx.us<br>(via email) |
| Sundance Services, Inc.<br>c/o C. Ashley Ellis<br>Wright Ginsberg Brusilow P.C.<br>14755 Preston Road, Suite 600<br>Dallas, TX 75254<br>Fax:  (972) 239-0138<br>Email:<br>bankruptcy@wgblawfirm.com<br>(via email) | J&W Services and Equipment<br>c/o Angelia B. Lee<br>Craig Terrill Hale & Grantham LLP<br>9816 Slide Road, Suite 201<br>Lubbock, TX 79424<br>Fax:  (806) 744-2211<br>Email: angelia@cthglawfirm.com<br>(via email) | Ulterra Drilling Technologies, L.P.<br>c/o Mark W. Stout<br>Padfield & Stout, LLP<br>777 Main Street, Suite 1920<br>Fort Worth, TX 76102<br>Fax:  (817) 338-1610<br>Email:  ms@livepad.com<br>(via email) |
| Shanks Logging, LLC<br>c/o Robin M. Green<br>Richards, Elder & Green, L.L.P.<br>P.O. Box 64657<br>Lubbock, TX 79464-4657<br>Tel:  (806) 798-8868<br>Fax: (806) 798-8878<br>Email: rgreen@regllp.com<br>Email: dgaray@regllp.colm<br>(via email) | Onyx Contractors Operations, LP<br>c/o Amber L. Jones<br>Atkins, Hollman, Jones, Peacock,<br>Lewis & Lyon<br>3800 E. 42nd Street, Suite 500<br>Odessa, TX 79762<br>Email: ajames@odessalawfirm.com<br>(via email) | Heidel Samberson, Newell, Cox &<br>McMahon<br>c/o Michael Newell<br>PO Box 1599<br>Lovington, NM 88260<br>Email:  hsncmtn@leaco.net<br>(via email) |
| Barron & Newberger, P.C.<br>c/o Stephen W. Sather<br>1212 Guadalupe Street, Suite 104<br>Austin, TX 78701<br>Email:  ssather@bn-lawyers.com<br>Email:  rlevins@bn-lawyers.com<br>(via email) | Law Offices of Dana A. Ehrlich<br>c/o Dana A. Ehrlich<br>P.O. Box 1831<br>San Angelo, TX 76902<br>Email:  dana@wcc.net<br>Email:<br>danaehrlichlawoffice@yahoo.com<br>(via email) | Gardere Wynne Sewell LLP<br>c/o Rachael L. Smiley<br>1601 Elm Street, Suite 3000<br>Dallas, TX 75201<br>Email:  druckman@gardere.com<br>Email:  rsmiley@gardere.com<br>(via email) |
| Robert W. Bollar<br>United Fuel & Energy<br>1800 W. Katella Ave, Suite 400<br>Orange, CA 92867<br>Email:  bollarr@scfuels.com<br>(via email) | Angela N. Offerman<br>Kane Russell Coleman & Logan<br>P.C.<br>919 Milam, Suite 2200<br>Houston, TX 77002<br>mridulfo@krcl.com<br>aofferman@krcl.com<br>(via email) | Oilfield Equipment Rental, LLC<br>PO Box 905<br>Hobbs, NM 88241<br>Email:  nfuller@oerllc.com<br>(via email) |
| Michelle K. Ostrye<br>Sutin, Thayer & Browne<br>PO Box 1945<br>Albuquerque, NM 87103-1945<br>Email:  mko@sutinfirm.com<br>(via email) | Russell W. Mills<br>Hiersche, Hayward, Drakeley &<br>Urbach, P.C.<br>15303 Dallas Parkway, Suite 700<br>Addison, TX 75001<br>rmills@hhdulaw.com<br>(via email) | |