**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| VPR OPERATING, LLC, *et al.*; | § § | Case No. 13-10599 |
| Debtors. | § § § | Jointly Administered |

### NOTICE OF DESIGNATION OF STALKING HORSE BIDDERS

**PLEASE TAKE NOTICE** that on July 23, 2013, the Court entered its *Order Approving (A) Sale Procedures, (B) the Form and Manner of Notice of (i) the Sale of Certain Assets and (ii) the Assumption and Assignment of Certain Executory Agreements and Granting Related Relief* (the "<u>Sale Procedures Order</u>,"[1] ECF No. 292). Among other things, the Sale Procedures Order authorized the Debtors, with the consent of the Committee and the DIP Lenders, to both: (i) designate one or more Stalking Horse Bidders for the purchase of the Debtors' Assets; and (ii) provide a breakup fee to such Stalking Horse Bidders in an amount not to exceed three percent (3%) of the transaction consideration offered by such Stalking Horse Bidders.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, with the approval of the Committee and the DIP Lenders, have designated two Stalking Horse Bidders that have agreed to purchase discrete parcels of the Debtors' Assets. The Debtors have agreed to provide such Stalking Horse Bidders with a breakup fee of three percent (3%) of the total transaction consideration offered by such Stalking Horse Bidders. A summary of the key terms of each Stalking Horse Bidder's offer is provided in the table below:

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Sale Procedures Order.

| **Stalking Horse Bidder:** | COG Operating LLC | Stanolind Oil and Gas LP |
|---|---|---|
| **Assets Subject to Stalking Horse Offer:** | "Unconventional" New Mexico Assets | Oklahoma Assets and all "Conventional" New Mexico Assets |
| **Unadjusted Purchase Price for Subject Assets:** | $16,000,000 | $4,500,000 |
| **Breakup Fee Payable to Stalking Horse Bidder:** | $480,000 | $135,000 |
| **Minimum Opening Bid for Subject Assets at Auction:** | $16,680,000 (represents the sum of the $16,000,000 purchase price, $480,000 breakup fee, and $200,000 initial minimum overbid) | $4,735,000 (represents the sum of the $4,500,000 purchase price, $135,000 breakup fee, and $100,000 initial minimum overbid) |

**PLEASE TAKE FURTHER NOTICE** that the summary above is qualified in all respects by the terms of the applicable asset purchase agreements between the Debtors and the Stalking Horse Bidders. Copies of those agreements are available upon request, and may be obtained by contacting either: (i) the Debtors' counsel listed below; or (ii) the Debtors financial advisor, Global Hunter Securities, LLC, attn: Michael Schmidt, 400 Poydras Street, Suite 3100 New Orleans, LA 70130 (mschmidt@ghsecurities.com).

**PLEASE TAKE FURTHER NOTICE** that the timeline for conducting the Debtors' Asset sales will proceed as follows:

| **Auction Date and Time:** | **September 16, 2013 at 1:00 p.m. (central)** Offices of Husch Blackwell, LLP, 111 Congress Avenue, Suite 1400, Austin, TX 78701 |
|---|---|
| **Sale Hearing Date to Approve the Debtors' Proposed Asset Sales (deadline unchanged):** | **September 17, 2013 at 9:00 a.m. (central)** |

Dated: September 9, 2013         Respectfully submitted,

*/s/ Brian Smith*
Robert W. Jones
robert.jones@hklaw.com
Brent R. McIlwain
brent.mcilwain@hklaw.com
Brian Smith
brian.smith@hklaw.com
HOLLAND & KNIGHT LLP
300 Crescent Court, Suite 1100
Dallas, TX  75201
Telephone:     (214) 964-9500
Facsimile:     (214) 964-9501

Counsel for the
Debtors and Debtors in Possession

## CERTIFICATE OF SERVICE

I certify that as of September 10, 2013, a copy of the foregoing document was served by (i) the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas, and (ii) via facsimile, e-mail, or first class mail to those parties listed, and as indicated, on the attached proposed Master Service List.

                                                           */s/ Brian Smith*
                                                           Brian Smith

**In re: VPR Operating, LLC, et al.: Master Service List as of September 9, 2013**

| Debtors and their Counsel | | |
|---|---|---|
| In re VPR Operating, LLC, et al.<br>c/o William Patterson, CRO<br>1406 Camp Craft Road, Suite 106<br>Austin, TX 78746 | Holland & Knight LLP<br>c/o Robert W. Jones &<br>Brent McIlwain<br>300 Crescent Court, Suite 1100<br>Dallas, TX 75201<br>Fax: (214) 964-9501<br>Email:brent.mcilwain@hklaw.com<br>(via email) | |
| **Prepetition Secured Lenders and Counsel** | | |
| Delfinco, LP<br>510 Feheley Drive<br>King of Prussia, PA 19406 | Cozen O'Connor<br>c/o John T. Carroll, III<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>Fax: (302) 295-2013<br>Email: jcarroll@cozen.com<br>(via email) | |
| Victory Park Credit Opportunities, LP<br>Attn: Scott R. Zemnick<br>227 W. Monroe Street, Suite 3900<br>Chicago, IL 60606 | Hohmann,Taube & Summers, L.L.P.<br>c/o Eric J. Taube<br>100 Congress Ave, 18th Floor<br>Austin, TX 78791<br>Fax: (512) 472-5248<br>Email: erict@hts-law.com<br>(via email) | Hohmann,Taube & Summers, L.L.P.<br>c/o Mark C. Taylor<br>100 Congress Ave, 18th Floor<br>Austin, TX 78791<br>Fax: (512) 472-5248<br>Email: markt@hts-law.com<br>(via email) |
| **DIP Lenders and Counsel** | | |
| Delfinco, LP<br>510 Feheley Drive<br>King of Prussia, PA 19406 | Cozen O'Connor<br>c/o John T. Carroll, III<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>Fax: (302) 295-2013<br>Email: jcarroll@cozen.com<br>(via email) | |
| Victory Park Credit Opportunities, LP, et al.<br>Attn: Scott R. Zemnick<br>227 W. Monroe Street, Suite 3900<br>Chicago, IL 60606 | Hohmann,Taube & Summers, L.L.P.<br>c/o Eric J. Taube<br>100 Congress Ave, 18th Floor<br>Austin, TX 78791<br>Fax: (512) 472-5248<br>Email: erict@hts-law.com<br>(via email) | |
| **Office of the United States Trustee** | | |
| United States Trustee<br>903 San Jacinto, Suite 230<br>Austin, TX 78701<br>Deborah.a.bynum@usdoj.gov<br>(via email) | | |
| **Official Committee of Creditors** | | |
| Husch Blackwell L.L.P.<br>c/o Stephen W. Lemmon<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701<br>Fax: (512) 479-1101<br>Email:<br>stephen.lemmon@huschblackwell.com<br>(via email) | Husch Blackwell L.L.P.<br>c/o Kell C. Mercer<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701<br>Fax: (512) 479-1101<br>Email: kell.mercer@huschblackwell.com<br>(via email) | |

**In re: VPR Operating, LLC, et al.: Master Service List as of September 9, 2013**

| Consolidated Twenty Largest Unsecured Creditors | | |
|---|---|---|
| Pinpoint Drilling & Directional Services LLC<br>c/o Robert J. Taylor<br>3700 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201<br>Email: rtaylor@krcl.com<br>(via email) | Universal Pressure Pumping Inc<br>4510 Lamesa Highway<br>Snyder, TX 79549<br>Phone: 432-221-7027<br>(via first class mail) | PROPETRO SERVICES, INC.<br>c/o Michael G. Kelly<br>Kelly, Morgan, Dennis, Corzine & Hansen, P.C.<br>P.O. Box 1311<br>Odessa, TX 79760<br>Email: mkelly@kmdfirm.com<br>(via email) |
| Stemcor AG<br>c/o Jay H. Dushkin<br>4615 Southwest Freeway, Suite 600<br>Houston, TX 77027<br>Email: jay@jaydushkin.com<br>(via email) | Professional Directional Enterprises, Inc.<br>c/o William R. Sudela<br>2727 Allen Parkway, Suite 1700<br>Houston, TX 77019<br>Fax: (713) 739-7007<br>Email: wsudela@cjmlaw.com<br>Email: dlong@cjmlaw.com<br>Email: eharris@cjmlaw.com<br>Email: samarmon@cjmlaw.com<br>(via email) | NW OIL SERVICES, LLC<br>c/o Stephen H. Nickey<br>1201 N. Mesa, Suite B<br>El Paso, TX 79902<br>Fax: (915) 351-6901<br>Email: snickey@nickeylaw.com<br>(via email) |
| TESCO CORPORATION (US)<br>3993 W. SAM HOUSTON PKWY. N.,<br>SUITE 100<br>HOUSTON, TX 77043<br>Phone: 713-849-5900<br>Fax: 713-359-7001<br>(via first class mail) | TanMar Rentals LLC<br>c/o Craig H. Cavalier<br>P.O. Box 270565<br>Houston, TX 77277<br>Fax: (713) 621-4779<br>Email: ccavalier@cavalierlaw.com<br>(via email) | Oil States Energy Services<br>c/o Jason M. Rudd<br>c/o Charles M. Rubio<br>909 Fannin, Suite 1500<br>Houston, TX 77010<br>Email: jrudd@diamondmccarthy.com<br>Email: crubio@diamondmccarthy.com<br>(via email) |
| PAR FIVE ENERGY SERVICES, LLCPO BOX 993ARTESIA, NM 88211<br>Phone: 575-748-1288<br>Fax: 575-748-9029<br>Email: jbrewer@kempsmith.com<br>(via email) | Tiger of the North Transportation, LLC<br>1614 N Gulf Street<br>Hobbs, NM 88240<br>Phone: 575-393-9917<br>Fax: 575-397-0048<br>(via first class mail) | The Artesia Lumber Co.<br>P.O. Box 5564<br>Midland, TX 79704<br>Phone: 432-682-7422<br>Fax: 432-682-6233<br>(via first class mail) |
| Gandy Corporation<br>c/o Louis Puccini, Jr.<br>P.O. Box 50700<br>Albuquerque, NM 87181<br>Email: puccinilaw@puccinilaw.com<br>(via email) | Oil Dog Pipe Rentals<br>c/o Stephanie Kaiser<br>Kelly Hart & Hallman LLP<br>201 Main St., Suite 2500<br>Fort Worth, TX 76102<br>Email:<br>Stephanie.kaiser@kellyhart.com<br>katherine.thomas@kellyhart.com<br>(via email) | EMS USA, INC<br>2000 BERING DRIVE, SUITE 600<br>HOUSTON, TX 77057<br>Phone: 713-595-7600<br>Fax: 281-998-0303<br>(via first class mail) |
| PATTERSON SERVICES, INC.<br>8032 MAIN ST.<br>HOUMA, LA 70360<br>Phone: 985-851-5541<br>Fax: 855-291-0926<br>(via first class mail) | Choice Oilfield Service<br>P O Box 337<br>Lovington, NM 88260<br>Phone: 575-396-3428<br>Fax: 575-396-0155<br>Email: evelyn_jordan69@yahoo.com<br>(via email) | DE LA SIERRA TRUCKING INC.<br>3116 ROSE ROAD<br>HOBBS, NM 88242<br>Phone: 5057380972<br>Fax: 575-738-0973<br>(via first class mail) |

**In re: VPR Operating, LLC, et al.: Master Service List as of September 9, 2013**

| | | |
|---|---|---|
| EUNICE WELL SERVICING, INC<br>PO BOX 1500<br>HOBBS, NM 88241<br>Phone: 575-393-9898<br>Fax: 573-393-9889<br>(via first class mail) | ABC Rental Tool Co.<br>DBA CAVALOZ ENERGY INC.<br>P.O. Box 1500<br>Hobbs, NM 88241<br>Phone: 505-394-3155<br>Fax: 575-394-2407<br>(via first class mail) | |
| **Governmental Agencies** | | |
| Internal Revenue Service<br>Special Procedures Staff –<br>Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101<br>(via first class mail) | United States Attorney<br>601 N.W. Loop 410, Suite 600<br>San Antonio, TX 78216<br>(via first class mail) | United States Attorney<br>Dept of Justice<br>950 Pennsylvania Ave, N.W.<br>Washington, DC 20530<br>(via first class mail) |
| Oklahoma Corporation Commission<br>Jim Thorpe Building<br>2101 N. Lincoln<br>Oklahoma City, OK 73105<br>Fax: 405-521-4150<br>(via first class mail) | New Mexico Oil Conservation<br>Division<br>1220 S. St. Francis Drive<br>Santa Fe, NM 87505<br>Fax: 505-476-3462<br>(via first class mail) | |
| **Notices of Appearance & Other Parties Receiving Notice** | | |
| | Doré Law Group, P.C.<br>c/o Carl Doré, Jr.<br>17171 Park Row, Suite 160<br>Houston, TX 77084<br>Fax: (281) 200-0751<br>Email: carl@dorelawgroup.net<br>Email: lori@dorelawgroup.net<br>(via email) | Kane Russell Coleman & Logan PC<br>3700 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201<br>Email: rtaylor@krcl.com<br>(via email) |
| Crady, Jewett & McCulley, LLP<br>c/o William R. Sudela<br>2727 Allen Parkway, Suite 1700<br>Houston, TX 77019<br>Fax: (713) 739-7007<br>Email: wsudela@cjmlaw.com<br>Email: dlong@cjmlaw.com<br>Email: eharris@cjmlaw.com<br>Email: samarmon@cjmlaw.com<br>(via email) | Snow Spence Green LLP<br>c/o Phil F. Snow<br>c/o Holly Hamm<br>2929 Allen Parkway, Suite 4100<br>Houston, TX 77019<br>Fax: (713) 335-4848<br>Email:<br>philsnow@snowspencelaw.com<br>Email:<br>hollyhamm@snowspencelaw.com<br>(via email) | Kemp Smith LLP<br>c/o James W. Brewer<br>P.O. Drawer 2800<br>El Paso, TX 79999-2800<br>Fax: (915) 546-5360<br>Email: jbrewer@kempsmith.com<br>(via email) |
| Baker Hughes Oilfield Operations,<br>Inc.<br>Attn: Christopher J. Ryan<br>P.O. Box 4740<br>Houston, TX 77210<br>(via first class mail) | Smith International, Inc.<br>Attn: James M. Sczudlo<br>c/o Schlumberger Technology Corp.<br>1325 South Dairy Ashford<br>Houston, TX 77077<br>(via first class mail) | Schlumberger Technology Corp.<br>Attn: James M. Sczudlo<br>1325 South Dairy Ashford<br>Houston, TX 77077<br>(via first class mail) |

**In re: VPR Operating, LLC, et al.: Master Service List as of September 9, 2013**

| | | |
|---|---|---|
| Baker & Hostetler LLP<br>c/o Lars H. Fuller<br>303 E. 17th Ave, No 1100<br>Denver, CO 80203<br>Email: lfuller@bakerlaw.com<br>(via email) | Thomas Energy Services LLC<br>Attn: James M. Sczudlo<br>c/o Schlumberger Technology Corp.<br>1325 South Dairy Ashford<br>Houston, TX 77077<br>(via first class mail) | Travis County Tax Assessor<br>c/o Kay D. Brock<br>P.O. Box 1748<br>Austin, TX 78767<br>Fax: (512) 854-4808<br>Email: kay.brock@co.travis.tx.us<br>(via email) |
| Sundance Services, Inc.<br>c/o C. Ashley Ellis<br>Wright Ginsberg Brusilow P.C.<br>14755 Preston Road, Suite 600<br>Dallas, TX 75254<br>Fax: (972) 239-0138<br>Email: bankruptcy@wgblawfirm.com<br>(via email) | J&W Services and Equipment<br>c/o Angelia B. Lee<br>Craig Terrill Hale & Grantham LLP<br>9816 Slide Road, Suite 201<br>Lubbock, TX 79424<br>Fax: (806) 744-2211<br>Email: angelia@cthglawfirm.com<br>(via email) | Ulterra Drilling Technologies, L.P.<br>c/o Mark W. Stout<br>Padfield & Stout, LLP<br>777 Main Street, Suite 1920<br>Fort Worth, TX 76102<br>Fax: (817) 338-1610<br>Email: ms@livepad.com<br>(via email) |
| Shanks Logging, LLC<br>c/o Robin M. Green<br>Richards, Elder & Green, L.L.P.<br>P.O. Box 64657<br>Lubbock, TX 79464-4657<br>Tel: (806) 798-8868<br>Fax: (806) 798-8878<br>Email: rgreen@regllp.com<br>Email: dgaray@regllp.colm<br>(via email) | Onyx Contractors Operations, LP<br>c/o Amber L. Jones<br>Atkins, Hollman, Jones, Peacock, Lewis & Lyon<br>3800 E. 42nd Street, Suite 500<br>Odessa, TX 79762<br>Email: ajames@odessalawfirm.com<br>(via email) | Heidel Samberson, Newell, Cox & McMahon<br>c/o Michael Newell<br>PO Box 1599<br>Lovington, NM 88260<br>Email: hsncmtn@leaco.net<br>(via email) |
| Barron & Newberger, P.C.<br>c/o Stephen W. Sather<br>1212 Guadalupe Street, Suite 104<br>Austin, TX 78701<br>Email: ssather@bn-lawyers.com<br>Email: rlevins@bn-lawyers.com<br>(via email) | Law Offices of Dana A. Ehrlich<br>c/o Dana A. Ehrlich<br>P.O. Box 1831<br>San Angelo, TX 76902<br>Email: dana@wcc.net<br>Email: danaehrlichlawoffice@yahoo.com<br>(via email) | Gardere Wynne Sewell LLP<br>c/o Rachael L. Smiley<br>1601 Elm Street, Suite 3000<br>Dallas, TX 75201<br>Email: druckman@gardere.com<br>Email: rsmiley@gardere.com<br>(via email) |
| Robert W. Bollar<br>United Fuel & Energy<br>1800 W. Katella Ave, Suite 400<br>Orange, CA 92867<br>Email: bollarr@scfuels.com<br>(via email) | Angela N. Offerman<br>Kane Russell Coleman & Logan P.C.<br>919 Milam, Suite 2200<br>Houston, TX 77002<br>mridulfo@krcl.com<br>aofferman@krcl.com<br>(via email) | Oilfield Equipment Rental, LLC<br>PO Box 905<br>Hobbs, NM 88241<br>Email: nfuller@oerllc.com<br>(via email) |
| Michelle K. Ostrye<br>Sutin, Thayer & Browne<br>PO Box 1945<br>Albuquerque, NM 87103-1945<br>Email: mko@sutinfirm.com<br>(via email) | Russell W. Mills<br>Hiersche, Hayward, Drakeley & Urbach, P.C.<br>15303 Dallas Parkway, Suite 700<br>Addison, TX 75001<br>rmills@hhdulaw.com<br>(via email) | |